# EXHIBIT 1

Return Date: No return date scheduled
Hearing Date: 2/18/2021 9:30 AM - 9:30 AM
Courtroom Number: 2308
Location: District 1 Court
      Cook County, IL

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

FILED
10/20/2020 5:01 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020CH06383

10846825

Chancery Division Civil Cover Sheet
General Chancery Section                           (02/19/20) CCCH 0623

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

APPLE VALLEY NATURAL FOODS, INC., a Michigan
Corporation and JENINE FARAH TSIKRETSIS     Plaintiff

v.

TRAVELERS INDEMNITY COMPANY

                          Defendant

Case No: **2020CH06383**

## CHANCERY DIVISION CIVIL COVER SHEET
## GENERAL CHANCERY SECTION

A Chancery Division Civil Cover Sheet - General Chancery Section shall be filed with the initial complaint in all actions filed in the General Chancery Section of Chancery Division. The information contained herein is for administrative purposes only. Please check the box in front of the appropriate category which best characterizes your action being filed.

**Only one (1) case type may be checked with this cover sheet.**

| | | |
|---|---|---|
| 0005 | ☐ Administrative Review | |
| 0001 | ☐ Class Action | |
| 0002 | ☑ Declaratory Judgment | |
| 0004 | ☐ Injunction | |
| | | |
| 0007 | ☐ General Chancery | |
| 0010 | ☐ Accounting | |
| 0011 | ☐ Arbitration | |
| 0012 | ☐ Certiorari | |
| 0013 | ☐ Dissolution of Corporation | |
| 0014 | ☐ Dissolution of Partnership | |
| 0015 | ☐ Equitable Lien | |
| 0016 | ☐ Interpleader | |

| | | |
|---|---|---|
| 0017 | ☐ Mandamus | |
| 0018 | ☐ Ne Exeat | |
| 0019 | ☐ Partition | |
| 0020 | ☐ Quiet Title | |
| 0021 | ☐ Quo Warranto | |
| 0022 | ☐ Redemption Rights | |
| 0023 | ☐ Reformation of a Contract | |
| 0024 | ☐ Rescission of a Contract | |
| 0025 | ☐ Specific Performance | |
| 0026 | ☐ Trust Construction | |
| 0050 | ☐ Internet Take Down Action (Compromising Images) | |

☐ Other (specify) _____

○ Atty. No.: 34981      ○ Pro Se 99500

Atty Name: PETER S. FARACI

Atty. for: Plaintiffs

Address: 444 N. Northwest Highway, Suite 300

City: Park Ridge      State: IL

Zip: 60068

Telephone: 847-292-0199

Primary Email: faraci@faracilaw.com

Pro Se Only: ☐ I have read and agree to the terms of the Clerk's
Clerk's Office Electronic Notice Policy and
choose to opt in to electronic notice from the
Clerk's office for this case at this email address:

Email: _____

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 1

Return Date: No return date scheduled
Hearing Date: 2/18/2021 9:30 AM - 9:30 AM
Courtroom Number: 2308
Location: District 1 Court
    Cook County, IL

FILED
10/21/2020 2:56 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020CH06383

10859787

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons

(08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

APPLE VALLEY NATURAL FOODS, INC. a
Michigan Corporation, and

JENINE FARAH TSIKRETSIS (Name all parties)

    v.

TRAVELERS INDEMNITY COMPANY

Case No.    2020CH06383

### ☐ SUMMONS    ☑ ALIAS SUMMONS

To each Defendant:   Travelers Indemnity Company, C/O Illinois Director of Insurance
           320 W Washington St., Springfield, Illinois 62767 Attn: Marcy Savage

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

**Summons - Alias Summons** **(08/01/18) CCG 0001 B**

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

Atty. No.: 34981

Atty Name: Peter S. Faraci

Atty. for: Plaintiffs

Address: 444 N. Northwest Highway, STE 300

City: Park Ridge

State: IL   Zip: 60068

Telephone: 847-292-0199

Primary Email: faraci@faracilaw.com

Witness: 10/21/2020 2:56 PM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

FILED DATE: 10/21/2020 2:56 PM 2020CH06383

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

FILED DATE: 10/21/2020 2:56 PM   2020CH06383

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- O Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- O District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- O District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- O District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- O District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- O District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- O Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- O Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- O Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- O Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- ◉ Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- O Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- O Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- O Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- O County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- O Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- O Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- O Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 3 of 3

Hearing Date: 2/18/2021 9:30 AM - 9:30 AM
Courtroom Number: 2308
Location: District 1 Court
Cook County, IL

FILED
10/20/2020 5:01 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020CH06383

FILED DATE: 10/20/2020 5:01 PM    2020CH06383

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## CHANCERY DIVISION

APPLE VALLEY NATURAL FOODS,  )
INC., a Michigan Corporation and  )
JENINE FARAH TSIKRETSIS,  )
)  Case No. **2020CH06383**
     Plaintiffs,  )
)
     v.  )
)
TRAVELERS INDEMNITY COMPANY,  )
a Corporation,  )
)
     Defendant.  )
_____ )

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiffs, Apple Valley Natural Foods, Inc., a Michigan corporation and Jenine Farah

Tsikretsis, by and through their undersigned attorneys, Faraci and Faraci, hereby complain of

Defendant, Travelers Indemnity Company, as follows:

### NATURE OF ACTION

1. Plaintiff Jenine Farah Tsikretsis brings this action for a judicial declaration that she

is entitled to recover for bodily injuries she sustained on October 22, 2018 where she was

struck as a pedestrian by Juan Bautista Taipe[1] (the "Accident"). Defendant Travelers issued a

commercial automobile insurance policy to Apple Valley Natural Foods, Inc. During this time,

Apple Valley Natural Foods, Inc. provided Tsikretsis with permission to use an auto that was

covered under the commercial automobile insurance policy. Tsikretsis sustained bodily

injuries by another insured as a result of the Accident and is entitled to recover damages from

Travelers under the Policy. Tsikretsis now seeks a judicial determination of her rights under

_____

[1] Plaintiff has settled and signed a release with Mr. Taipe's insurance company on May 24, 2019.

1

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

the policy with respect to coverage for the damages she sustained from her bodily injuries as a result of the Accident.

## PARTIES

2.      Plaintiff Apple Valley Natural Foods, Inc. ("Apple Valley Foods"), is a Michigan corporation with its principal place of business in Berrien Springs, Michigan.

3.      Plaintiff Jenine Farah Tsikretsis ("Tsikretsis") is an individual residing in Park Ridge, Illinois.

4.      Defendant Travelers Indemnity Company ("Travelers") is a corporation incorporated under the laws of Connecticut with its principal place of business located in Hartford, Connecticut.

## JURISDICTION AND VENUE

5.      Jurisdiction is proper in Cook County. Venue is proper pursuant to Sections 2-101 and 2-102 of the Illinois Code of Civil Procedure because Defendant resides or does business in Cook County. Additionally, the transaction or conduct out of which the cause of action arose took place in Cook County.

6.      An actual controversy exists between the parties within the meaning of 735 ILCS 5/2-701 with respect to Traveler's obligation to pay Tsikretsis under the policy for bodily injuries she suffered as a result of the Accident.

## STATEMENT OF CLAIM

### A. The Travelers Policy and Endorsement

7.      Travelers issued a Commercial Insurance Policy numbered BA4K07509018CAG to named insured Apple Valley Natural Foods (the "Policy"). The policy was in effect from January 1, 2018 to January 1 2019. A copy of the policy is attached as **Exhibit A**.

2

FILED DATE: 10/20/2020 5:01 PM    2020CH06383

8.    The policy contains an endorsement titled MICHIGAN UNINSURED MOTORISTS COVERAGE (the "Endorsement"). A copy of the Endorsement is attached as **Exhibit B.**

9.    Section A of the Endorsement titled COVERAGE, states in part as follows:

"**A.    Coverage**

1.    We will pay all sums the 'insured' is legally entitled to recover as compensatory damages from the owner or driver of an 'uninsured motor vehicle'. The damages must result from 'bodily injury' sustained by the 'insured' caused by an 'accident'. The owner's or driver's liability for these damages must result from the ownership, maintenance, or use of the 'uninsured motor vehicle'.

2.    With respect to damages resulting from an 'accident' with a vehicle described in Paragraph **b,** of the definition of 'uninsured motor vehicle', we will pay under this coverage only if Paragraph **a.** or **b.** below applies:

   **a.**    The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or

   **b.**    A tentative settlement has been made between an 'insured' and the insurer of a vehicle described in Paragraph **b.** of the definition of 'uninsured motor vehicle' and we:

      1)    Have been given prompt written notice of such tentative settlement; and

      2)    Advance payment to the 'insured' in an amount equal to the tentative settlement within 30 days after receipt of notification." **pg. 1 of Exhibit B**

10.    Section B of the Endorsement titled WHO IS AN INSURED, states in part as follows:

"**B.    Who Is An Insured**

If the Named Insured is designated in the Declaration as:

1.    An individual, then the following are 'insureds':...

2.    A partnership, limited liability company, corporation or any other form of organization, then the following are 'insureds':

   **a.**    Anyone 'occupying' a covered 'auto' or a temporary substitute for a covered 'auto'...

   **b.**    Anyone for damages he or she is entitled to recover because of 'bodily injury' sustained by another 'insured'." **pg. 1 of Exhibit B**

3

FILED DATE: 10/20/2020 5:01 PM    2020CH06383

11.    Section F of the Endorsement titled ADDITIONAL DEFINITIONS, states in part as follows:

> "**F.    Additional Definitions**
>
> As used in this endorsement…
>
> **3.** 'Uninsured motor vehicle' means a land motor vehicle or 'trailer':
>   **a.** For which no liability bond or policy at the time of an 'accident' provides at least the amounts required by the applicable law where a covered 'auto' is principally garaged;
>   **b.** That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or 'trailer' for which the sum of all liability bonds or policies at the time of an 'accident' provides at least the amounts required by the applicable law where a covered 'auto' is principally garaged, but that sum is less than the Limit of Insurance of this coverage…" **pg. 4 of Exhibit B**

## B.  Tsikretsis Accident

12.    During the relevant time period, Apple Valley Foods was a Michigan corporation located in Berrien Springs, Michigan.

13.    Apple Valley Foods owned a 2016 Subaru Crosstrek, VIN JF2GPALC2GH299867 (the "Subject Auto"), that was a covered auto under the Travelers Policy.

14.    Apple Valley Foods provided Tsikretsis with permission to drive the Subject Auto back and forth to work and to park the Subject Auto at her home in Park Ridge, Illinois.[2]

15.    On or about October 22, 2018, Tsikretsis was on a walk by her home in Park Ridge, Illinois when she was struck by Mr. Juan Bautista Taipe's car as she was still in the crosswalk[3] (the "Accident").

16.    Mr. Taipe's insurance provider, State Farm, tendered their policy limit to Tsikretsis of $25,000 for Mr. Taipe's release for any bodily injury arising from the Accident.

---

[2] Apple Valley Natural Foods, Inc. is a family owned business. Tsikretsis' husband, Joseph Tsikretsis is the CEO.
[3] Mr. Taipe has since plead guilty to failing to yield to a pedestrian at a crosswalk on November 16, 2018.

4

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

17. Farmers Insurance tendered their policy limit to Tsikretsis of $75,000.00 to settle their underinsured motorist claim that was for a different vehicle covered under the Farmers Insurance policy.

18. On December 19, 2018, attorneys for Tsikretsis sent Travelers a letter requesting Travelers to either match or grant Tsikretsis permission to accept the settlement offers.

19. On March 15, 2019, attorneys for Tsikretsis sent a follow up letter to Travelers requesting that Travelers either tender an amount equal to both offers from State Farm and Farmers Insurance or to grant Tsikretsis permission to accept these offers. In addition, attorneys for Tsikretsis requested that Travelers open a claim on her behalf.

20. On March 22, 2019, Travelers provided Tsikretsis permission to accept $100,000 in policy limits from State Farm and Farmers.

21. Travelers did not wish to front the limits at said time nor did it intend to subrogate in the event that coverage did exist.

22. On April 10 2019, Travelers informed Tsikretsis that coverage was not afforded to her for Underinsured Motorist bodily injuries she suffered as a result of the Accident.

23. Tsikretsis suffered very significant bodily injuries that required her to be hospitalized for approximately two (2) weeks. During her hospitalization, she had multiple surgeries performed to repair her multiple fractures. After this, she was transferred to a rehab center for at least another two (2) weeks of recovery and physical therapy.

24. The policy limits of $100,000 tendered from State Farm and Farmers do not come anywhere near the amount to adequately compensate Tsikretsis for the damages she suffered from the bodily injuries she sustained by another insured as a result of the Accident.

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

25.     Tsikretsis brings this lawsuit to obtain a judicial declaration of hers and Travelers rights and obligations under the Policy with respect to coverage for bodily injuries Tsikretsis sustained as a result of the Accident.

**CAUSE OF ACTION**
**DECLARATORY JUDGMENT UNDER 735 ILCS 5/2-701**

**COUNT I**
**Declaration that Tsikretsis is an "insured" under the Endorsement**

26.     Tsikretsis repeats and realleges the allegations in paragraphs 1-25 as if fully set forth herein.

27.     The Endorsement's definition of "Who Is An Insured" distinguishes between two (2) groups; whether the Named Insured is an "individual" or "company". *See* **pg. 1 of Exhibit B – Endorsement.**

28.     Apple Valley Foods was the Named Insured in the Declaration. Apple Valley Foods is a Michigan corporation. *See* **pg. 2 of Exhibit A – Policy.**

29.     In the instant case, the second group is most relevant and states in part:

"If the Named Insured is designated in the Declaration as:
2. A partnership, limited liability company, corporation or any other form of organization, then the following are 'insureds':

a. Anyone 'occupying' a covered 'auto' or a temporary substitute for a covered 'auto'…
b. Anyone for damages he or she is entitled to recover because of 'bodily injury' sustained by another 'insured'." **pg. 1 of Exhibit B**

30.     Tsikretsis is considered an "insured" under part (b) of the aforementioned quoted section of the Endorsement.

31.     Tsikretsis sustained bodily injuries by another insured on October 22, 2018 when Mr. Taipe hit her as she was in a crosswalk in or around Park Ridge, Illinois (the "Accident").

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

32.     Mr. Taipe was insured by State Farm, but he did not have adequate insurance to compensate Tsikretsis for all her damages as a result of the Accident.

33.     It is uncontroverted that were Tsikretsis "occupying" the Subject Auto, she would undoubtedly be considered an "insured" under Section 2(a), "Anyone 'occupying' a covered 'auto'...." **pg. 1 of Exhibit B.**

34.     Whether Tsikretsis was or was not occupying the Subject Auto should not be the determinative factor in deciding Tsikretsis rights to be compensated for the damages she suffered from the bodily injuries she sustained as a result of the Accident.

35.     Appropriately, Travelers included a "catch-all" provision that is provided verbatim in Sections 1 and 2 of WHO IS AN INSURED. *See* **pg. 1 of Exhibit B.**

36.     The "catch all" provision under Sections 1 and 2 of WHO IS AN INSURED states that the following are still considered "insureds" under the policy, "Anyone for damages he or she is entitled to recover because of 'bodily injury' sustained by another 'insured'." *Id.*

37.     Tsikretsis is entitled to recover for her bodily injuries she sustained by Mr. Taipe who was underinsured at the time of the Accident.

38.     Under Section 2(b) of WHO IS AN INSURED in the Endorsement, Tsikretsis is entitled to recover damages she suffered from the bodily injuries she sustained by another insured, Mr. Taipe.

WHEREFORE, Plaintiff Jenine Farah Tsikretsis respectfully asks this Honorable Court to enter a declaratory judgment, finding and holding that Tsikretsis is an "insured," as defined in the Endorsement.

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

## COUNT II
### Declaration that Tsikretsis is afforded Coverage under the Endorsement

39.     Tsikretsis repeats and realleges the allegations in paragraphs 1-38 as if fully set

forth herein.

40.     The Endorsement provides Coverage for damages from the owner or driver of an

(1) uninsured or (2) underinsured motor vehicle as follows:

"**A.     Coverage**

1.  We will pay all sums the 'insured' is legally entitled to recover as compensatory damages from the owner or driver of an 'uninsured motor vehicle'. The damages must result from 'bodily injury' sustained by the 'insured' caused by an 'accident'. The owner's or driver's liability for these damages must result from the ownership, maintenance, or use of the 'uninsured motor vehicle'.
2.  With respect to damages resulting from an 'accident' with a vehicle described in Paragraph **b,** of the definition of 'uninsured motor vehicle', we will pay under this coverage only if Paragraph **a.** or **b.** below applies:
    a.  The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or
    b.  A tentative settlement has been made between an 'insured' and the insurer of a vehicle described in Paragraph **b.** of the definition of 'uninsured motor vehicle' and we:
        1)  Have been given prompt written notice of such tentative settlement; and
        2)  Advance payment to the 'insured' in an amount equal to the tentative settlement within 30 days after receipt of notification." **pg. 1 of Exhibit B**

41.     Section (A)(2) refers to damages resulting from an accident with a vehicle

described in Paragraph b, of the definition of "uninsured motor vehicle". Paragraph b of the

definition of an "uninsured motor vehicle" states, "That is an underinsured motor vehicle. An

underinsured motor vehicle is a land motor vehicle or 'trailer' for which the sum of all liability

bonds or policies at the time of an 'accident' provides at least the amounts required by the

applicable law where a covered 'auto' is principally garaged, but that sum is less than the Limit

of Insurance of this coverage..." **pg. 4 of Exhibit B**

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

42.    At all times relevant, the Subject Auto was garaged in Park Ridge, Illinois and covered under the Travelers Policy.

43.    Tsikretsis sustained bodily injuries by another insured on October 22, 2018 when Mr. Taipe hit her as she was in a crosswalk in or around Park Ridge, Illinois (the "Accident").

44.    Mr. Taipe was insured by State Farm, but he did not have adequate insurance to compensate Tsikretsis for all her damages as a result of the Accident.

45.    Mr. Taipe is a driver of an underinsured motor vehicle as defined in the Endorsement.

46.    Under the Endorsement, Travelers is obligated to pay Tsikretsis for damages sustained by an underinsured motorist if either of the following applies:

    **a.** The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or

    **b.** A tentative settlement has been made between an 'insured' and the insurer of a vehicle described in Paragraph **b.** of the definition of 'uninsured motor vehicle' and we:

        1) Have been given prompt written notice of such tentative settlement; and

        2) Advance payment to the 'insured' in an amount equal to the tentative settlement within 30 days after receipt of notification." **pg. 1 of Exhibit B**

47.    Mr. Taipe's insurance provider, State Farm, tendered their policy limit to Tsikretsis of $25,000 for Mr. Taipe's release for any bodily injury arising from the Accident.

48.    Farmers Insurance tendered their policy limit to Tsikretsis of $75,000.00 to settle the underinsured motorist claim against Farmers Insurance.

49.    On December 19, 2018, attorneys for Tsikretsis sent Travelers a letter requesting Travelers to either match or grant Tsikretsis permission to accept the settlement offers.

FILED DATE: 10/20/2020 5:01 PM 2020CH06383

50.     On March 15, 2019, attorneys for Tsikretsis sent a follow up letter to Travelers requesting that Travelers either tender an amount equal to both offers from State Farm and Farmers Insurance or to grant Tsikretsis permission to accept these offers.

51.     On March 22, 2019, Travelers provided Tsikretsis permission to accept $100,000 in policy limits from State Farm and Farmers.

52.     Travelers did not wish to front the limits at said time nor did it intend to subrogate in the event that coverage did exist.

53.     The policy limits of $100,000 tendered from State Farm and Farmers do not come anywhere near the amount enough to adequately compensate Tsikretsis for the damages she suffered from the bodily injuries she sustained by another insured as a result of the Accident.

54.     Tsikretsis now seeks a judgment declaring that Travelers owes a duty under the policy to provide Tsikretsis with coverage for the injuries she suffered as a result of the Accident.

55.     Specifically, Tsikretsis seeks a declaration that coverage exists for the following reasons:

1)  Tsikretsis is an "insured" as defined under the Endorsement;

2)  Tsikretsis suffered bodily injuries and damages as a result of the Accident by another insured;

3)  The limit of any applicable liability bonds or policies the other insured had have been exhausted by payment of settlements; and

4)  Tsikretsis has not been fully compensated for the bodily injuries she sustained as a result of the Accident by another insured.

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

56.     An actual controversy within the meaning of 735 ILCS 5/2-701 exists between Tsikretsis and Travelers concerning whether the policy affords Tsikretsis coverage for injuries she suffered as a result of the Accident.

## DEMAND FOR JUDGMENT

WHEREFORE, Tsikretsis respectfully requests that the Court enter a judgment (i) declaring Tsikretsis is an "insured" as defined under the Endorsement, (ii) declaring that Tsikretsis is covered under the Endorsement for damages she sustained from her bodily injuries as a result of the Accident caused by another insured, (iii) declaring that Travelers is obligated to compensate Tsikretsis for injuries she sustained as a result of the Accident caused by another insured, (iv) awarding Tsikretsis her costs incurred herein, and (v) providing Tsikretsis such other and further relief as the Court deems appropriate and just.

Dated: October 20, 2020                         Respectfully submitted,

                                                **APPLE VALLEY NATURAL
                                                FOODS, INC.**

                                                **JENINE FARAH TSIKRETSIS**

Faraci and Faraci (Firm No. 34981)      By:   *Peter S. Faraci*
444 N. Northwest Highway, Suite 300           Peter S. Faraci,
Park Ridge, Illinois 60068                    One of the Attorneys for Plaintiffs
T: 847-292-0199
E: faraci@faracilaw.com

11

**EXHIBIT A**

FILED DATE: 10/20/2020 5:01 PM   2020CH06383


**TRAVELERS**

### Report Claims Immediately by Calling*
### 1-800-238-6225

*Speak directly with a claim professional
24 hours a day, 365 days a year*

*Unless Your Policy Requires **Written** Notice or Reporting

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

**APPLE VALLEY NATURAL FOODS, INC.**
**AND AS PER IL T8 03**
**9067 US 31**
*BERRIEN SPRINGS MI 49103*

**Presented by: COTTINGHAM & BUTLER**

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

**TRAVELERS**                     One Tower Square, Hartford, Connecticut 06183

```
                              TRAVELERS CORP. TEL: 1-800-328-2189
                              RETAIL
                              COMMON POLICY DECLARATIONS
                              ISSUE DATE: 01/20/18
                              POLICY NUMBER: BA-4K075090-18-CAG

     INSURING COMPANY:
     THE CHARTER OAK FIRE INSURANCE COMPANY

  1. NAMED INSURED AND MAILING ADDRESS:
     APPLE VALLEY NATURAL FOODS, INC.
     AND AS PER IL T8 03
     9067 US 31
     BERRIEN SPRINGS, MI 49103


  2. POLICY PERIOD:  From 01/01/18 to 01/01/19 12:01 A.M. Standard Time at
                                                 your mailing address.
  3. LOCATIONS
        Premises  Bldg.
        Loc. No.  No.  Occupancy              Address




  4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
     COMMERCIAL AUTOMOBILE COV PART DECLARATIONS          CA T0 01 02 15 COF




  5. NUMBERS OF FORMS AND ENDORSEMENTS
     FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

  6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                            containing its complete provisions:
     Policy                      Policy No.            Insuring Company



     DIRECT BILL
  7. PREMIUM SUMMARY:
     Provisional Premium    $
     Due at Inception       $
     Due at Each            $
```


```
  NAME AND ADDRESS OF AGENT OR BROKER:      COUNTERSIGNED BY:
     COTTINGHAM & BUTLER (HE294)
     PO BOX 28                              _____
     DUBUQUE, IA 52004                      Authorized Representative

                                            DATE:_____


  IL T0 02 11 89(REV. 09-07)    PAGE 1 OF 1
  OFFICE: WEST DES MOINES
```

FILED DATE: 10/20/2020 5:01 PM 2020CH06383

**TRAVELERS** 

POLICY NUMBER: BA-4K075090-18-CAG
EFFECTIVE DATE: 01-01-18
ISSUE DATE: 01-20-18

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 02 11 89    COMMON POLICY DECLARATIONS
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T0 01 01 07    COMMON POLICY CONDITIONS
IL T8 03          NAMED INSURED
```

COMMERCIAL AUTOMOBILE

```
CA T0 01 02 15    BA- COVERAGE PART DECS (ITEMS 1 & 2)
CA T0 02 02 15    BA COVERAGE PART DECS (ITEM 3)
CA T0 03 02 15    BA COVERAGE PART DECS (ITEMS 4 & 5)
CA T0 30 02 16    BA/AD/MC COV PART SUPPL SCH - ITEM TWO
CA T0 31 02 15    TABLE OF CONTENTS-BUSINESS AUTO COV FORM
CA 00 01 10 13    BUSINESS AUTO COVERAGE FORM
CA T4 34 02 15    COMMERCIAL AUTO TOWING AND LABOR COV
CA T4 52 02 16    SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE
CA T4 59 02 15    AMENDMENT OF EMPLOYEE DEFINITION
CA 01 10 09 16    MI CHANGES
CA 21 31 10 13    MICHIGAN UNINSURED MOTORISTS COVERAGE
CA 22 20 08 17    MICHIGAN PERSONAL INJURY PROTECTION
CA 22 22 10 13    MICHIGAN BROADENED COLLISION COVERAGE
CA 22 24 10 13    MICHIGAN PROPERTY PROTECTION COVERAGE
CA T3 53 02 15    BUSINESS AUTO EXTENSION ENDORSEMENT
```

INTERLINE ENDORSEMENTS

```
IL T4 12 03 15    AMNDT COMMON POLICY COND-PROHIBITED COVG
IL 00 21 09 08    NUCLEAR ENERGY LIAB EXCL END-BROAD FORM
IL 02 86 04 17    MI CHANGES - CANCELLATION AND NONRENEWAL
```

FILED DATE: 10/20/2020 5:01 PM    2020CH06383

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions:

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

the time the policy was issued. On each re-
newal continuation or anniversary of the ef-
fective date of this policy, we will compute
the premium in accordance with our rates
and rules then in effect.

**F. Transfer Of Your Rights And Duties Under
This Policy**

Your rights and duties under this policy may not
be transferred without our written consent except
in the case of death of an individual named in-
sured.

If you die,. your rights and duties will be trans-
ferred to your legal representative but only while

acting within the scope of duties as your legal
representative. Until your legal representative is
appointed, anyone having proper temporary cus-
tody of your property will have your rights and
duties but only with respect to that property.

**G. Equipment Breakdown Equivalent to Boiler
and Machinery**

On the Common Policy Declarations, the term
Equipment Breakdown is understood to mean
and include Boiler and Machinery and the term
Boiler and Machinery is understood to mean and
include Equipment Breakdown.

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that
declarations form.

In return for payment of the premium, we agree with the Named Insured to provide, the insurance afforded by a
Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring
company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this policy is counter-
signed by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Secretary

President

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

COMMERCIAL AUTO POLICY

ENDORSEMENT - IL T8 03 01 18

POLICY NUMBER  BA-4K075090-18-CAG

** THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY. **

NAMED INSURED

IT IS AGREED THAT:

ITEM 1 NAMED INSURED TO READ:
APPLE VALLEY NATURAL FOODS, INC.
  DBA VICTORIAS COTTAGE
APPLE VALLEY BAKERY
APPLE VALLEY MARKET
VICTORIAS FLOWERS
APPLE VALLEY PROPERTIES
DUNES DISTRIBUTION, LLC

EFFECTIVE DATE  01-01-18   EXPIRATION DATE  01-01-19
PAGE 0001   DATE OF ISSUE  01-20-18

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

# COMMERCIAL AUTOMOBILE

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

# COMMERCIAL AUTOMOBILE

FILED DATE: 10/20/2020 5:01 PM 2020CH06383

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

BUSINESS AUTO
COVERAGE PART DECLARATIONS
Issue Date: 01-20-18 DM

ITEM ONE:              Policy Number: BA-4K075090-18-CAG

INSURING COMPANY:
THE CHARTER OAK FIRE INSURANCE COMPANY

Declarations Period: From: 01-01-18 to 01-01-19 12:01 A.M. Standard
Time at your mailing address shown in the Common Policy Declarations.

The Commercial Automobile Coverage Part consists of these
Declarations and the Business Auto Coverage Form shown below.

FORM OF BUSINESS: CORPORATION

ITEM TWO:
  A. COVERAGE AND LIMITS OF INSURANCE:

     Coverage applies only to those "Autos" shown as Covered "Autos".
     "Autos" are shown as covered "autos" for the applicable coverages by the
     entry of one or more of the symbols from Section 1 - Covered Autos of
     the Business Auto Coverage Form next to the name of the coverage.

| COVERAGE | COVERED AUTO SYMBOL | LIMITS OF INSURANCE |
|---|---|---|
| | | The most we will pay for any one accident or loss. |
| COVERED AUTOS LIABILITY | 1 | $ 1,000,000 |
| PERSONAL INJURY PROTECTION (No Fault) | 5 | Separately stated in each PIP endorsement minus deductible shown in ITEM THREE-SCHEDULE OF COVERED AUTOS YOU OWN. |
| PROPERTY PROTECTION (COVERAGE) (Michigan Only) | 5 | Separately stated in the Endorsement Minus $      0 deductible. |
| UNINSURED AND UNDERINSURED MOTORISTS COVERAGE | 2 | SEE CA TO 30 |

CA TO 01 02 15                      PAGE  (CONTINUED)
PRODUCER COTTINGHAM & BUTLER  HE294      OFFICE DESM  055

FILED DATE: 10/20/2020 5:01 PM    2020CH06383


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

```
                                    BUSINESS AUTO
                                    COVERAGE PART DECLARATIONS
                                    Issue Date:  01-20-18  DM


                    Policy Number:  BA-4K075090-18-CAG



                              COVERED          LIMITS OF
        COVERAGE              AUTO SYMBOL      INSURANCE



   PHYSICAL DAMAGE            2    8          Actual Cash Value or Cost
     Comprehensive Coverage                  of Repair, whichever is
                                             less, minus deductible
                                             shown in ITEM THREE-
                                             SCHEDULE OF COVERED AUTOS
                                             YOU OWN for each covered
                                             Auto.
                                             SEE ITEM FOUR FOR HIRED
                                             OR BORROWED "AUTOS".


   PHYSICAL DAMAGE            2    8          Actual Cash Value or Cost
     Collision Coverage                      of Repair, whichever is
                                             less, minus deductible
                                             shown in ITEM THREE-SCHEDULE
                                             OF COVERED AUTOS YOU OWN for
                                             each covered auto.
                                             SEE ITEM FOUR FOR HIRED
                                             OR BORROWED "AUTOS".


   PHYSICAL DAMAGE            7              $   200 for each disable-
     TOWING AND LABOR                        ment.
```

B. AUDIT PERIOD:  ANNUAL

C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:
   Symbols 1-9, 19:  SEE BUSINESS AUTO COVERAGE FORM Section 1
   Covered Autos

D. LOSS PAYEE: Any loss under Physical Damage Coverages is payable as
   interest may appear to you and the Loss Payee named in the Declarations
   (see Loss Payable Clause on reverse side)

E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE
   PART: SEE IL T8 01 10 93

```
CA T0 01 02 15                        PAGE  (CONTINUED)
PRODUCER COTTINGHAM & BUTLER  HE294   OFFICE DESM  055
```

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

BUSINESS AUTO
COVERAGE PART DECLARATIONS
Issue Date:  01-20-18   DM

Policy Number:  BA-4K075090-18-CAG

LOSS PAYABLE CLAUSE

A.  We will pay you and the loss payee named in the policy for "loss"
    to a covered "auto", as interest may appear.

B.  The insurance covers the interest of the loss payee unless the
    "loss" results from conversion, secretion or embezzlement on your
    part.

C.  We may cancel the policy as allowed by the CANCELLATION Common
    Policy Condition.  Cancellation ends this agreement as to the loss
    payee's interest.  If we cancel the policy we will mail you and the
    loss payee the same advance notice.

D.  If we make any payment to the loss payee, we will obtain their
    rights against any other party.

                        SCHEDULE OF LOSS PAYEES

        VEHICLE NUMBER                LOSS PAYEE (Name and Address)

CA T0 01 02 15                        PAGE  (CONTINUED)
PRODUCER COTTINGHAM & BUTLER  HE294   OFFICE DESM  055


**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

FILED DATE: 10/20/2020 5:01 PM    2020CH06383

ITEM THREE.    SCHEDULE OF COVERED
AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING
CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-4K075090-18-CAG

INSURED'S NAME:  APPLE VALLEY NATURAL FOODS, INC.          CA T0 02 02 15
AND AS PER IL T8 03

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 1 | BERRIEN SPRINGS | MI | 49103 | | 128 | 03499 | 10000 |
| 2 | BERRIEN SPRINGS | MI | 49103 | | 128 | 7398 | |
| 3 | BERRIEN SPRINGS | MI | 49103 | | 128 | 23499 | 20000 |
| 4 | BERRIEN SPRINGS | MI | 49103 | | 128 | 7398 | |
| 5 | BERRIEN SPRINGS | MI | 49103 | | 128 | 03499 | 10000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|
| 1 | 2007 | CHEVR EXPRE | ████████20897 | ████ | ACV | X |
| 2 | 2007 | HONDA CR-V | ████████13429 | ████ | ACV | X |
| 3 | 2004 | FREIG M2 | ████████97318 | ████ | ACV | X |
| 4 | 2016 | SUBAR CROSS | JF2GPALC2GH299867 | | ACV | 3 |
| 5 | 2008 | CHEVR EXPRE | ████████7355 | | ACV | F |

| | COVERED AUTO 1 | COVERED AUTO 2 | COVERED AUTO 3 | COVERED AUTO 4 | COVERED AUTO 5 |
|---|---|---|---|---|---|
| BASIC PIP: DEDUCTIBLE AMOUNT APPLIES TO | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| PREMIUMS: COVERED AUTOS | | | | | |
| LIABILITY | ██ | ██ | ██ | ██ | ██ |
| BASIC PIP | | | | | |
| PPI | | | | | |
| COMPREHENSIVE | | | | | |
| COLLISION | | | | | |
| TOWING | INCL | | INCL | INCL | INCL |
| TOTAL | ██ | ██ | ██ | ██ | |

TOTAL UNINSURED AND UNDERINSURED MOTORISTS PREMIUM: ███

*  APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
** APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES AND COLLISION COVERAGES
SPV    6              PAGE   1                001



**TRAVELERS**J

One Tower Square, Hartford, Connecticut 06183

ITEM THREE.  SCHEDULE OF COVERED
AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING
CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-4K075090-18-CAG

INSURED'S NAME:  APPLE VALLEY NATURAL FOODS, INC.          CA T0 02 02 15
                 AND AS PER IL T8 03

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 6 | BERRIEN SPRINGS | MI | 49103 | | 128 | 33499 | 45000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|
| 6 | 2009 HINO | HINO | ████50326 ███ | | ACV | E |

| | COVERED AUTO 6 | COVERED AUTO | COVERED AUTO | COVERED AUTO | COVERED AUTO |
|---|---|---|---|---|---|
| BASIC PIP: DEDUCTIBLE AMOUNT APPLIES TO | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | | | | |
| COLLISION | 1000 | | | | |
| PREMIUMS: COVERED AUTOS | | | | | |
| LIABILITY | ██ | | | | |
| BASIC PIP | | | | | |
| PPI | ██ | | | | |
| COMPREHENSIVE | ██ | | | | |
| COLLISION | ██ | | | | |
| TOWING | | | | | |
| TOTAL | ██ | | | | |

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES AND COLLISION COVERAGES

FILED DATE: 10/20/2020 5:01 PM  2020CH06383



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

BUSINESS AUTO
COVERAGE PART DECLARATIONS

POLICY NUMBER: BA-4K075090-18-CAG
ISSUE DATE: 01-20-18

ITEM FOUR
SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.

COVERED AUTOS LIABILITY COVERAGE – COST OF HIRE RATING BASIS FOR AUTOS USED IN YOUR
MOTOR CARRIER OPERATIONS (OTHER THAN MOBILE OR FARM EQUIPMENT)

| COVERED AUTOS LIABILITY COVERAGE | ESTIMATED ANNUAL COST OF HIRE FOR ALL STATES | PREMIUM |
|---|---|---|
| PRIMARY COVERAGE | $ | $ |
| EXCESS COVERAGE | $ | $ |
| | TOTAL HIRED AUTO PREMIUM | $ |

For "autos" used in your motor carrier operations, cost of hire means:

1. The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers) and if not included therein,

2. The total remunerations of all operators and drivers' helpers, of hired automobiles whether hired with a driver by the lessor or an "employee" of the lessee, or any other third party, and

3. The total dollar amount of any other costs (e.g., repair, maintenance, fuel, etc.) directly associated with operating the hired automobiles whether such costs are absorbed by the "insured", paid to the lessor or owner, or paid to others.

COVERED AUTOS LIABILITY COVERAGE – COST OF HIRE RATING BASIS FOR AUTOS NOT USED IN
YOUR MOTOR CARRIER OPERATIONS (OTHER THAN MOBILE OR FARM EQUIPMENT)

| COVERED AUTOS LIABILITY COVERAGE | STATE | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE | PREMIUM |
|---|---|---|---|
| PRIMARY COVERAGE | MI | $ IF ANY | $ ■ |
| EXCESS COVERAGE | | $ | $ |
| | | TOTAL HIRED AUTO PREMIUM | $ ■ |

For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

FILED DATE: 10/20/2020 5:01 PM    2020CH06383

**PHYSICAL DAMAGE COVERAGES – COST OF HIRE RATING BASIS FOR ALL AUTOS (OTHER THAN MOBILE OR FARM EQUIPMENT)**

| COVERAGE | STATE | LIMIT OF INSURANCE | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE (Excluding Autos Hired With a Driver) | PREMIUM |
|---|---|---|---|---|
| COMPREHENSIVE | MI | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $  1000  DEDUCTIBLE. FOR EACH COVERED AUTO. | IF ANY | $ ■ |
| SPECIFIED CAUSES OF LOSS | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $         DEDUCTIBLE. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. | | $ |
| COLLISION | MI | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $  1000  DEDUCTIBLE. FOR EACH COVERED AUTO. | IF ANY | $ ■ |
| | | | **TOTAL HIRED AUTO PREMIUM** | $ ■ |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented, or borrowed with a driver.

**ITEM FIVE**
**SCHEDULE FOR NON-OWNERSHIP COVERED AUTOS LIABILITY**

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| OTHER THAN GARAGE SERVICE OPERATIONS AND OTHER THAN SOCIAL SERVICE AGENCIES | NUMBER OF EMPLOYEES | ■ | $ ■ |
| | NUMBER OF PARTNERS (ACTIVE AND INACTIVE) | | $ |
| GARAGE SERVICE OPERATIONS | NUMBER OF EMPLOYEES WHOSE PRINCIPAL DUTY INVOLVES THE OPERATION OF AUTOS | | $ |
| | NUMBER OF PARTNERS (ACTIVE AND INACTIVE) | | $ |
| SOCIAL SERVICE AGENCIES | NUMBER OF EMPLOYEES | | $ |
| | NUMBER OF VOLUNTEERS WHO REGULARLY USE AUTOS TO TRANSPORT CLIENTS | | $ |
| | NUMBER OF PARTNERS (ACTIVE AND INACTIVE) | | $ |
| | **TOTAL NON-OWNERSHIP COVERED AUTOS LIABILITY PREMIUM** | | $ ■ |

   © 2015 The Travelers Indemnity Company. All rights reserved.   CA T0 03 02 15

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

INCLUDES COPYRIGHTED MATERIAL OF
INSURANCE SERVICES OFFICE, WITH ITS
PERMISSION.  COPYRIGHT, INSURANCE
SERVICES OFFICE, 1985

EXPLANATION OF CERTAIN ENTRIES OR THE ABSENCE THEREOF ON CA T0 02

THE ABSENCE OF AN ENTRY IN PREMIUM SPACES FOR A COVERAGE SHALL MEAN THAT
INSURANCE IS NOT AFFORDED FOR THE DESIGNATED AUTO.

THE ABBREVIATION 'ACV' IN THE 'LIMIT OF LIABILITY' SPACE SHALL MEAN 'ACTUAL
CASH VALUE'.

THE ABBREVIATION 'BI' SHALL MEAN 'BODILY INJURY'.

THE ABBREVIATION 'GVW' SHALL MEAN 'GROSS VEHICLE WEIGHT'.

THE ABBREVIATION 'GCW' SHALL MEAN 'GROSS COMBINED WEIGHT'.

THE ABBREVIATION 'ADDED PIP' SHALL MEAN 'ADDED PERSONAL INJURY PROTECTION'
OR 'EQUIVALENT NO-FAULT COVERAGE'.

THE ABBREVIATION 'BASIC PIP' SHALL MEAN 'BASIC PERSONAL INJURY PROTECTION'
OR 'EQUIVALENT NO-FAULT COVERAGE'.

THE ABBREVIATION 'NDA' SHALL MEAN 'NO DEDUCTIBLE APPLIES'.

THE ABBREVIATION 'I' SHALL MEAN 'DEDUCTIBLE APPLIES TO THE NAMED INSURED
ONLY'.

THE ABBREVIATION 'I/R' SHALL MEAN 'DEDUCTIBLE APPLIES TO THE NAMED INSURED
AND RELATIVES'.

THE ABBREVIATION 'PD' SHALL MEAN 'PROPERTY DAMAGE'.

THE ABBREVIATION 'SPEC CAUSES' SHALL MEAN 'SPECIFIED CAUSES OF LOSS
COVERAGE' AS DEFINED IN THE POLICY.

OTHER ABBREVIATIONS DESIGNATED BELOW ARE DEFINED AS FOLLOWS
THE ABBREVIATION 'SP' SHALL MEAN 'SPECIFIED CAUSES OF LOSS COVERAGE'.
THE ABBREVIATION 'F' SHALL MEAN 'FIRE COVERAGE' ONLY.
THE ABBREVIATION 'FT' SHALL MEAN 'FIRE & THEFT COVERAGE'.
THE ABBREVIATION 'FTW' SHALL MEAN 'FIRE, THEFT & WINDSTORM COVERAGE'.
THE ABBREVIATION 'LSP' SHALL MEAN 'LIMITED SPECIFIED CAUSES OF LOSS
COVERAGE'.

THE ABBREVIATION 'MED PAY' SHALL MEAN 'MEDICAL PAYMENTS'.

THE ABBREVIATION 'PRIM' SHALL MEAN 'PRIMARY'.

THE ABBREVIATION 'XS' SHALL MEAN 'EXCESS'.

**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**BUSINESS AUTO/AUTO DEALERS/
MOTOR CARRIER COVERAGE PART
SUPPLEMENTARY SCHEDULE**

**POLICY NUMBER:** BA-4K075090-18-CAG
**ISSUE DATE:** 01-20-18

**ITEM TWO
COVERAGE AND LIMITS OF INSURANCE
UNINSURED MOTORISTS COVERAGE AND UNDERINSURED MOTORISTS COVERAGE**

*The LIMIT OF INSURANCE for the coverages shown below is the LIMIT OF INSURANCE shown for the State where a covered "auto" is principally garaged. Refer to the specific coverage endorsement for description of the coverage provided for each State listed below.*

**Coverage**

UNINSURED MOTORISTS                LIMIT OF INSURANCE

| State | "Bodily Injury" and "Property Damage" Each "Accident" | "Bodily Injury" Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|---|---|---|---|---|---|
| MI | $ 1,000,000 | | | | |

UNDERINSURED MOTORISTS          LIMIT OF INSURANCE
(When not included in Uninsured Motorists Coverage)

| State | "Bodily Injury" and "Property Damage" Each "Accident" | "Bodily Injury" Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|---|---|---|---|---|---|
| | | | | | |

CA T0 30 02 16                    © 2015 The Travelers Indemnity Company. All rights reserved.                    Page 1 of 1

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

## TABLE OF CONTENTS

# BUSINESS AUTO COVERAGE FORM

Beginning on Page

SECTION I – COVERED AUTOS
    Description Of Covered Auto Designation Symbols ...................................................... 1
    Owned Autos You Acquire After The Policy Begins .................................................. 2
    Certain Trailers And Temporary Substitute Autos .................................................... 2
SECTION II – COVERED AUTOS LIABILITY COVERAGE
    Coverage ................................................................................................................ 2
    Who Is An Insured .................................................................................................. 2
    Coverage Extensions
        Supplementary Payments ................................................................................. 3
        Out of State ...................................................................................................... 3
    Exclusions .............................................................................................................. 3
    Limit of Insurance .................................................................................................. 5
SECTION III – PHYSICAL DAMAGE COVERAGE
    Coverage ................................................................................................................ 6
    Exclusions .............................................................................................................. 7
    Limits of Insurance ................................................................................................ 7
    Deductible .............................................................................................................. 8
SECTION IV – BUSINESS AUTO CONDITIONS
    Loss Conditions
        Appraisal For Physical Damage Loss ............................................................... 8
        Duties in the Event Of Accident, Claim, Suit or Loss ........................................ 8
        Legal Action Against Us .................................................................................. 8
        Loss Payment – Physical Damage Coverage .................................................... 9
        Transfer Of Rights Of Recovery Against Others To Us ..................................... 9
    General Conditions
        Bankruptcy ...................................................................................................... 9
        Concealment, Misrepresentation Or Fraud ....................................................... 9
        Liberalization .................................................................................................. 9
        No Benefit To Bailee – Physical Damage Coverages ......................................... 9
        Other Insurance .............................................................................................. 9
        Premium Audit ................................................................................................ 9
        Policy Period, Coverage Territory ................................................................... 10
        Two Or More Coverage Forms Or Policies Issued By Us .................................. 10
SECTION V – DEFINITIONS ........................................................................................ 10

CA T0 31 02 15
© 2015 The Travelers Indemnity Company. All rights reserved.
Page 1 of 1

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

**SECTION I – COVERED AUTOS**

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 1 | Any "Auto" | |
| 2 | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 4 | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| 5 | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 7 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

COMMERCIAL AUTO

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
| --- | --- | --- |

## B. Owned Autos You Acquire After The Policy Begins

1. If Symbols **1**, **2**, **3**, **4**, **5**, **6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

## C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   **a.** Breakdown;

   **b.** Repair;

   **c.** Servicing;

   **d.** "Loss"; or

   **e.** Destruction.

## SECTION II – COVERED AUTOS LIABILITY COVERAGE

### A. Coverage

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

### 1. Who Is An Insured

The following are "insureds":

**a.** You for any covered "auto".

**b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

   **(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

   This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

FILED DATE: 10/20/2020 5:01 PM    2020CH06383

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

COMMERCIAL AUTO

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to

pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed, we will:

**(1)** Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits

COMMERCIAL AUTO

or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the "insured"; or

(2) Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed;

(2) When all of the work to be done at the site has been completed if your

FILED DATE: 10/20/2020 5:01 PM 2020CH06383

FILED DATE: 10/20/2020 5:01 PM 2020CH06383

contract calls for work at more than one site; or

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

COMMERCIAL AUTO

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**SECTION III – PHYSICAL DAMAGE COVERAGE**

**A. Coverage**

1. We will pay for "loss" to a covered "auto" or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   **(1)** The covered "auto's" collision with another object; or

   **(2)** The covered "auto's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   **(1)** Fire, lightning or explosion;

   **(2)** Theft;

   **(3)** Windstorm, hail or earthquake;

   **(4)** Flood;

   **(5)** Mischief or vandalism; or

   **(6)** The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   **c. Collision Coverage**

   Caused by:

   **(1)** The covered "auto's" collision with another object; or

   **(2)** The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   **a.** Glass breakage;

   **b.** "Loss" caused by hitting a bird or animal; and

   **c.** "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   **a. Transportation Expenses**

   We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   **b. Loss Of Use Expenses**

   For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   **(1)** Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

   **(2)** Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

   **(3)** Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

   However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

**B. Exclusions**

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or

FILED DATE: 10/20/2020 5:01 PM   2020CH06583

COMMERCIAL AUTO

event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

   **(1)** The explosion of any weapon employing atomic fission or fusion; or

   **(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

   **(1)** War, including undeclared or civil war;

   **(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently

installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph **c.** above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limits Of Insurance**

**1.** The most we will pay for:

**a.** "Loss" to any one covered "auto" is the lesser of:

   **(1)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

   **(2)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**b.** All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is:

   **(1)** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

   **(2)** Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

   **(3)** An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

FILED DATE: 10/20/2020 5:01 PM  2020CH06383

COMMERCIAL AUTO

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

#### D. Deductible

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

### SECTION IV – BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

#### A. Loss Conditions

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

     © Insurance Services Office, Inc., 2011

FILED DATE: 10/20/2020 5:01 PM    2020CH06383

COMMERCIAL AUTO

**4. Loss Payment – Physical Damage Coverages**

At our option, we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

a. For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own; or

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph a. above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

d. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

COMMERCIAL AUTO

FILED DATE: 10/20/2020 5:01 PM    2020CH06383

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION V – DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that are:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    **(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

    **1.** A lease of premises;

    **2.** A sidetrack agreement;

    **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

    **6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

    **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

    **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

    **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

COMMERCIAL AUTO

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   a. Power cranes, shovels, loaders, diggers or drills; or

   b. Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraph 1., 2., 3. or 4. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

   b. Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph 1., 2., 3. or 4. above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   a. Equipment designed primarily for:

      (1) Snow removal;

      (2) Road maintenance, but not construction or resurfacing; or

      (3) Street cleaning;

   b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

L. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

M. "Property damage" means damage to or loss of use of tangible property.

N. "Suit" means a civil proceeding in which:

   1. Damages because of "bodily injury" or "property damage"; or

   2. A "covered pollution cost or expense";

   to which this insurance applies, are alleged.

   "Suit" includes:

      a. An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

      b. Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

O. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

P. "Trailer" includes semitrailer.

FILED DATE: 10/20/2020 5:01 PM 2020CH06383

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL AUTO TOWING AND LABOR COVERAGE

This endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

The following replaces Paragraph **A.2., Towing,** of **SECTION III – PHYSICAL DAMAGE COVERAGE** in the BUSINESS AUTO COVERAGE FORM and paragraph **A.2., Towing – Private Passenger Type Autos,** of **SECTION IV – PHYSICAL DAMAGE COVERAGE** in the MOTOR CARRIER COVERAGE FORM:

**2. Towing**

We will pay up to the limit shown in the Declarations, for towing and labor costs incurred each time a covered "auto" is disabled. However, the labor must be performed at the place of disablement.

**CA T4 34 02 15**

© 2015 The Travelers Indemnity Company. All rights reserved.

Page 1 of 1

POLICY NUMBER: **BA-4K075090-18-CAG**

COMMERCIAL AUTO
ISSUE DATE: 01-20-18

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SHORT TERM HIRED AUTO – ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

### SCHEDULE

Additional Insured (Lessor):

Any lessor of a "leased auto" under a leasing or rental agreement of

less than 6 months.

Designation Or Description Of "Leased Autos":

Any "leased auto" under a leasing or rental agreement of less than 6

months.

**A. Coverage**

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow for **Covered Autos Liability Coverage**.

2. For a "leased auto" designated or described in the Schedule, the **Who Is An Insured** provision under **Covered Autos Liability Coverage** is changed to include as an "insured" the lessor of such "leased auto". However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by:

    a. You;

    b. Any of your "employees" or agents; or

    c. Any person, except the lessor or any "employee" or agent of the lessor,

operating a "leased auto" with the permission of any of the above.

3. Coverage for any "leased auto" described in the Schedule applies until the end of the policy period shown in the Declarations or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

**B. Loss Payable Clause**

1. We will pay, as interest may appear, you and the lessor, if your policy includes Hired Auto Physical Damage Coverage, for "loss" to a "leased auto".

2. The insurance covers the interest of the lessor unless the "loss" results from fraudulent acts or omissions on your part.

3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

**CA T4 52 02 16**      © 2015 The Travelers Indemnity Company. All rights reserved.      Page 1 of 2

FILED DATE: 10/20/2020 5:01 PM 2020CH06383

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

**C.** The lessor is not liable for payment of your premiums.

**D. Additional Definition**

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

© 2015 The Travelers Indemnity Company. All rights reserved

CA T4 52 02 16

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF EMPLOYEE DEFINITION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

The following replaces the definition of "employee" in the **DEFINITIONS** Section:

"Employee" includes a "leased worker" and a "temporary worker".

CA T4 59 02 15

© 2015 The Travelers Indemnity Company. All rights reserved.

FILED DATE: 10/20/2020 5:01 PM    2020CH06383

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MICHIGAN CHANGES

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Michigan, this endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## A. Changes In Covered Autos Liability Coverage

1. For a covered "auto" subject to the Michigan no-fault law, **Covered Autos Liability Coverage** does not apply to "property damage" to a motor vehicle caused by an "accident" "occurring" in Michigan.

2. Paragraph **2.b.(4)** of the **Who Is An Insured** Provision in the Auto Dealers Coverage Form is replaced by the following:

   **(4)** Your customers. However, those customers are "insureds" up to the compulsory or financial responsibility law limits where the covered "auto" is principally garaged.

3. The **Expected Or Intended Injury** Exclusion is replaced by the following:

   **Expected Or Intended Injury**

   "Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

   However, this exclusion does not apply for coverage up to the minimum limit specified by the Michigan Financial Responsibility Act.

4. The **Racing** Exclusion is replaced by the following:

   **Racing**

   Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

   However, this exclusion does not apply for coverage up to the minimum limit specified by the Michigan Financial Responsibility Act.

## B. Changes In Physical Damage Coverage

Any **Physical Damage Coverage** and any **Rental Reimbursement Coverage** provided by the Policy do not apply to the extent that Property Protection Coverage benefits are available as required by Michigan law.

## C. Changes In Conditions

1. The **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition in the Business Auto and Motor Carrier Coverage Forms and the **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition in the Auto Dealers Coverage Form are amended to:

   a. Revise Paragraph **a.** to allow you, or anyone on your behalf, to provide the notice necessary to satisfy this condition.

   b. Add the following paragraph:

   Failure to give any notice required by this Condition within the time period specified shall not invalidate any claim made by you if it shall be shown not to have been reasonably possible to give notice within the prescribed time period and that notice was given as soon as was reasonably possible.

2. The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

   **Concealment, Misrepresentation Or Fraud**

   We do not provide coverage in any case of fraud by you at any time as it relates to this Coverage Form. We also do not provide coverage if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

   a. This Coverage Form;

   b. The covered "auto";

   c. Your interest in the covered "auto"; or

   d. A claim under this Coverage Form.

FILED DATE: 10/20/2020 5:01 PM    2020CH05383

# EXHIBIT B

COMMERCIAL AUTO
ISSUE DATE: 01-20-18

POLICY NUMBER: BA-4K075090-18-CAG

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# MICHIGAN UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Michigan, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

### SCHEDULE

**Limit Of Insurance:  $ SEE CAT030  Each "Accident"**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## A. Coverage

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. With respect to damages resulting from an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", we will pay under this coverage only if Paragraph **a.** or **b.** below applies:

   a. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or

   b. A tentative settlement has been made between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" and we:

      (1) Have been given prompt written notice of such tentative settlement; and

      (2) Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

## B. Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

COMMERCIAL AUTO

FILED DATE: 10/20/2020 5:01 PM 2020CH06383

1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", in accordance with the procedures described in Paragraph **A.2.b.**

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. "Bodily injury" sustained by:

   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

   c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. Punitive or exemplary damages.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form, any Liability Coverage form, or any Medical Payments Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   a. The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

   b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

   c. If the coverage under this Coverage Form is provided:

      (1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

      (2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable

FILED DATE: 10/20/2020 5:01 PM    2020CH06383

COMMERCIAL AUTO

limits of liability for coverage on an excess basis.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

  **a.** Promptly notify the police if a hit-and-run driver is involved.

  **b.** Promptly send us copies of the legal papers if a "suit" is brought.

  **c.** A person seeking coverage from an insurer, owner or operator of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" must also promptly notify us in writing of a tentative settlement between the "insured" and the insurer of the vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" and allow us to advance payment to that "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle".

**3.** The **Legal Action Against Us** Provision is replaced by the following:

**Legal Action Against Us**

  **a.** No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

  **b.** Any legal action against us under this Coverage Form must be brought within three years after the date of the "accident". However, this Paragraph **3.b.** does not apply to an "insured" if, within three years after the date of the "accident":

    **(1)** We and the "insured" agree to arbitration in accordance with this endorsement; or

    **(2)** The "insured" has filed an action for "bodily injury" against the owner or operator of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" and such action is:

      **(a)** Filed in a court of competent jurisdiction; and

      **(b)** Not barred by the applicable statute of limitations.

In the event that the three-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

**4. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to damages caused by an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" if we:

  **a.** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" and

  **b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

  **a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

  **b.** We also have a right to recover the advance payment.

**5.** The following condition is added:

**Arbitration**

  **a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so

FILED DATE: 10/20/2020 5:01 PM 2020CH06383

COMMERCIAL AUTO

agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

### F. Additional Definitions

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

**b.** That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged, but that sum is less than the Limit of Insurance of this coverage;

**c.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**d.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit, or cause an object to hit, an "insured", a covered "auto" or a vehicle an "insured" is "occupying". If there is no direct physical contact with the hit-and-run vehicle, the facts of the "accident" must be corroborated by competent evidence, other than the testimony of any person having a claim under this or any similar insurance as the result of such "accident".

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Owned by a governmental unit or agency; or

**c.** Designed for use mainly off public roads while not on public roads.

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MICHIGAN PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Michigan, this endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

### SCHEDULE

| Coverage | Limit Of Insurance |
|---|---|
| Medical Expenses | No specific dollar amount |
| Funeral Expenses | Up to $1,750 per person |
| Work Loss | Up to $5,398* for any 30-day period |
| Replacement Services | $20 per day maximum |
| Survivors Loss Benefits Consisting Of Income Loss Benefits And Replacement Services | Up to $5,398* for any 30-day period subject to a $20 per day maximum for replacement services |
| * Or whatever maximum amount is established by the Michigan Insurance Commissioner for accidents occurring on or after the date of the change in maximum. | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

## A. Coverage

We will pay Personal Injury Protection benefits to or for an "insured" who sustains "bodily injury" caused by an "accident" and resulting from the ownership, maintenance or use of an "auto" as an "auto". These benefits are subject to the provisions of Chapter 31 of the Michigan Insurance Code. Personal Injury Protection benefits consist of the following benefits:

### 1. Medical Expenses

Reasonable and necessary medical expenses for an "insured's" care, recovery or rehabilitation. Charges for a hospital room are limited to those customary for a semiprivate room, unless special or intensive care is required.

### 2. Funeral Expenses

Reasonable funeral and burial expenses.

### 3. Work Loss

Up to 85% of an "insured's" actual loss of income from work. We will pay a higher percentage if the "insured" gives us reasonable proof that net income is more than 85% of gross income. The most we will pay in any 30-day period for this benefit is the amount shown in the Schedule or Declarations unless another amount is established by law. Any income an "insured" earns during the 30-day period is included in determining the income benefit we will pay. This benefit is payable for loss sustained during the three years after the accident. It does not apply after an "insured" dies. We will prorate this benefit for any period less than 30 days.

### 4. Replacement Services

Reasonable expenses for obtaining services to replace those an "insured" would normally have performed without pay for himself or herself or dependents. This benefit is payable for loss sustained during the three years after the accident. It does not apply after an "insured" dies.

### 5. Survivors loss benefits consisting of:

#### a. Income Loss

The contributions a deceased "insured's" spouse and dependents would have

CA 22 20 09 17      © Insurance Services Office, Inc., 2017      Page 1 of 4

FILED DATE: 10/20/2020 5:01 PM    2020CH06383

COMMERCIAL AUTO

received, as dependents, if the "insured" had not died as a result of the "accident".

**b. Replacement Services**

Reasonable expenses for obtaining services to replace those a deceased "insured" would have performed without pay for his or her spouse and dependents.

The most we will pay in any 30-day period for the total of survivors loss benefits is the amount shown in the Schedule unless another amount is established by law. Any income an "insured" earns during the 30-day period is included in determining the income benefits we will pay. These benefits are payable during the three years after the "accident" but do not apply to any loss or expense incurred after an "insured" dies. We will prorate these benefits for any period of less than 30 days.

Survivors loss benefits are payable during the three years after the "accident". A deceased "insured's" spouse must have either resided with or been dependent on the "insured" at the time of death. The benefits cease for a spouse at remarriage or death. Any other dependent qualifies for benefits if, at the time of the "insured's" death, the person is under age 18, physically or mentally unable to earn a living or a full-time student.

**B. Who Is An Insured**

1. You or any "family member".

2. Anyone else who sustains "bodily injury":

   **a.** While "occupying" a covered "auto";

   **b.** As the result of an "accident" involving any other "auto" operated by you or a "family member" if that "auto" is a covered "auto" under the Policy's Covered Autos Liability Coverage; or

   **c.** While not "occupying" any "auto" as a result of an "accident" involving a covered "auto".

**C. Exclusions**

We will not pay Personal Injury Protection benefits for "bodily injury":

1. To anyone causing intentional "bodily injury" to himself, herself or anyone else.

2. To anyone willingly operating or willingly using an "auto" he or she has taken unlawfully, and that person knew or should

have known that the "auto" was taken unlawfully.

3. To anyone not "occupying" an "auto", if the "accident" takes place outside Michigan. This exclusion does not apply to you or any "family member".

4. To you while "occupying" or struck by any "auto" owned or registered by you which is not a covered "auto".

5. To the owner or registrant of an "auto" for which the coverage required by the Michigan no-fault law is not in effect.

6. To anyone entitled to Michigan no-fault benefits as a Named Insured under another policy. This exclusion does not apply to you or anyone "occupying" a motorcycle.

7. To anyone entitled to Michigan no-fault benefits as a "family member" under another policy. This exclusion does not apply to you or any "family member" or anyone "occupying" a motorcycle.

8. To anyone while "occupying" or struck by an "auto" (other than a covered "auto") operated by you or a "family member" if the owner or registrant has the required Michigan no-fault coverage. This exclusion does not apply to you or any "family member".

9. To anyone while "occupying" an "auto" located for use as a residence or premises.

10. To anyone while "occupying" a public "auto" (other than a covered "auto") for which the required Michigan no-fault coverage is in effect. This exclusion does not apply to "bodily injury" to you or a "family member" while a passenger in a:

    **a.** School bus;

    **b.** Certified common carrier;

    **c.** Bus operated under a government sponsored transportation program;

    **d.** Bus operated by or servicing a nonprofit organization;

    **e.** Bus operated by a watercraft, bicycle or horse livery used only to transport passengers to or from a destination point;

    **f.** Taxicab; or

    **g.** Transportation network company vehicle.

11. To you or any "family member" while "occupying" an "auto" which is owned or registered by your or any "family member's"

FILED DATE: 10/20/2020 5:01 PM    2020CH06383

COMMERCIAL AUTO

employer and for which the required Michigan no-fault coverage is in effect.

**12.** To anyone while "occupying" an "auto" for which the owner or registrant is not required to provide Michigan no-fault benefits and which is operated by you or a "family member" outside Michigan. This exclusion does not apply to you or a "family member", nor does it apply under medical or funeral expense benefits.

**13.** To any person resulting from the ownership, operation, maintenance or use of a parked "auto". This exclusion does not apply if:

   **a.** The "auto" was parked in such a way as to cause unreasonable risk of the "bodily injury"; or

   **b.** The "bodily injury" results from physical contact with:

      **(1)** Equipment permanently mounted on the "auto" while the equipment is being used; or

      **(2)** Property being lifted onto or lowered from the "auto"; or

   **c.** The "bodily injury" is sustained while "occupying" the "auto".

   However, Exceptions **b.** and **c.** to this exclusion do not apply to any "employee" who has Michigan workers' disability compensation benefits available and who sustains "bodily injury" in the course of employment while loading, unloading or doing mechanical work on an "auto", unless the injury arises from the use or operation of another vehicle.

**14.** To you or any "family member" while "occupying" a motorcycle if the owner, registrant or operator of the "auto" involved in the "accident" has the required Michigan no-fault coverage.

**15.** Arising directly or indirectly out of:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

   **1.** Regardless of the number of covered "autos", "insureds", premiums paid, claims made, vehicles involved in the "accident" or insurers providing no-fault benefits, the most we will pay for "bodily injury" for each "insured" injured in any one "accident" are the amounts shown in the Schedule.

   **2.** Any amount payable under this insurance shall be reduced by any benefits paid, payable or required to be provided by state or federal law except any benefits paid, payable or required to be provided by Medicare, provided:

      **a.** The benefits serve the same purpose as personal injury protection benefits; and

      **b.** The benefits are provided or required to be provided as the result of the same "accident" for which this insurance is payable. However, this insurance shall not be reduced if any amount of workers' compensation benefits that are required to be provided are not available to the "insured".

   **3.** Any amount payable under this insurance shall be reduced by any deductible you elect. However, the deductible applies only to you and any "family member".

**E. Changes In Conditions**

   The **Conditions** are changed for Personal Injury Protection as follows:

   **1. Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

      **Transfer Of Rights Of Recovery Against Others To Us**

      If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, and that other person is an uninsured motorist, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

   **2. Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are amended by the addition of the following:

COMMERCIAL AUTO

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

if requested by us, the "insured" shall furnish a sworn statement of earnings since the "accident" and for a reasonable time prior to the "accident".

3.  **Legal Action Against Us** is amended by the addition of the following:

No claimant may bring a legal action for Personal Injury Protection benefits against us more than a year after the "accident". There are two exceptions. The action may be brought if we have been given notice within a year after the "accident" or have made a payment of benefits. In these cases, a claimant may bring the action within a year after the most recent allowable expense, work loss or survivor's loss has been incurred. However, the claimant may not recover benefits for any part of a loss incurred more than a year before the action was brought.

4.  The following conditions are added:

**Reimbursement And Trust**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid. This requirement is subject to any applicable limitations of Michigan law.

**Coordination And Nonduplication**

a.  If an "insured" is entitled to Personal Injury Protection benefits under more than one policy, the maximum recovery under all policies shall not exceed the amount payable under the Policy providing the highest dollar limit.

b.  No person may recover duplicate benefits for the same expenses or loss.

**Premium Recomputation**

Chapter 31 of the Michigan Insurance Code places certain limitations on a person's right to sue for damages. The premium for the Policy reflects these limitations. If a court from which there is no appeal declares any of these limitations unenforceable, we will have the right to recompute the premium. The rates we use to recompute the premium will be subject to review by the Commissioner of Insurance. If you choose to delete any coverage as the result of the court's decision, we will compute any refund of premium on a pro rata basis.

F.  **Additional Definitions**

As used in this endorsement:

1.  "Auto" means a motor vehicle or trailer operated or designed for use on public roads but does not include a vehicle operated by muscular power, a vehicle with fewer than three wheels, a motorcycle, or a farm tractor or other implement of husbandry which is not subject to the registration requirements of the Michigan Vehicle Code. This definition replaces the definition in the Policy.

2.  "Family member" means a person related to you by blood, marriage or adoption, who is a resident of your household, including a ward or foster child.

3.  "Occupying" means in, upon, getting in, on, out or off.

FILED DATE: 10/20/2020 5:01 PM   2020CH05383

POLICY NUMBER: BA-4K075090-18-CAG

COMMERCIAL AUTO
ISSUE DATE: 01-20-18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MICHIGAN BROADENED COLLISION COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in,, Michigan, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SCHEDULE**

| Designation Or Description Of Covered "Auto" | | | | Deductible | Premium |
|---|---|---|---|---|---|
| | | | | $ DEDUCTIBLE SHOWN IN SCHEDULE OF COVERED AUTOS YOU OWN | $ PREMIUM SHOWN IN SCHEDULE OF COVERED AUTOS YOU OWN |
| 1 | 2 | 3 | 4 | | |
| 5 | 6 | | | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Collision Coverage** for a covered "auto" designated or described in this endorsement is changed as follows:

**A.** The deductible amount applicable under Collision Coverage does not apply to "loss" to the covered "auto" caused by collision, provided:

1. The operator of the covered "auto" was not more than 50% the cause of the "accident" from which the damage arose;

2. If there is no physical contact with another motor vehicle involved in the "accident", you offer reasonable evidence that the operator of the covered "auto" was not more than 50% the cause of the "accident".

If the covered "auto" was damaged while parked in such a way as not to cause unreasonable risk of the damage which occurred, the deductible amount does not apply when we pay for any damage which is not recovered under Michigan Property Protection Coverage.

**B.** For the purpose of this coverage, you and we will agree whether the operator of the covered "auto" was more than 50% the cause of the "accident" and on the amount of the "loss". If you and we do not agree, either may demand in writing that the matter on which you and we do not agree be settled by arbitration.

**C.** For this coverage, the Transfer Of Rights Of Recovery Against Others To Us Condition is subject to any limitations contained in Chapter 31 of the Michigan Insurance Code.

FILED DATE: 10/20/2020 5:01 PM    2020CH06383

COMMERCIAL AUTO

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MICHIGAN PROPERTY PROTECTION COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Michigan, this endorsement modifies insurance provided under the following:

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## A. Coverage

We will pay for "property damage" caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto" as an "auto". A covered "auto" under this coverage includes an "auto" operated by, but not owned by, you or any "family member" to which the Covered Autos Liability Coverage of the policy applies. This coverage is subject to Chapter 31 of the Michigan Insurance Code and applies only to an "accident" which happens in Michigan.

## B. Exclusions

This insurance does not apply to:

1. "Property damage" to property owned by you or any "family member" if you or any "family member" was the owner, operator or registrant of an "auto" involved in the "accident" which caused the "property damage".

2. "Property damage" to any covered "auto" or its contents.

3. "Property damage" to any "auto" which is not a covered "auto" or to its contents. However, this exclusion does not apply to the "auto" or its contents if the "auto" was parked in such a way as not to cause unreasonable risk of the "property damage".

4. "Property damage" to the property of anyone while using a covered "auto" without "your" consent, unless that person reasonably believed he or she was entitled to use the "auto".

5. "Property damage" caused intentionally by any claimant.

6. "Property damage" to any property while a covered "auto" is located for use as a residence or premises.

7. "Property damage" to property as a result of an "accident" involving an "auto" not owned by you or any "family member". This exclusion applies only to the extent that the security required by the Michigan no-fault law has been provided by or for the owner.

8. "Property damage" to any property you accept for transportation as a 'motor carrier' as that term is defined in Chapter 475 of the Michigan Compiled Laws. However, this exclusion applies only to the extent that the property is covered, or would be covered except for a deductible, by a certificate of insurance or other security you have on file with any regulatory authority.

9. "Property damage" to property that occurs within the course of the business of repairing, servicing or otherwise maintaining motor vehicles.

10. "Property damage" arising directly or indirectly out of:

    a. War, including undeclared or civil war;

    b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## C. Limit Of Insurance

1. Regardless of the number of covered "autos", premiums paid, claims made, vehicles involved in the "accident" or insurers providing property protection insurance, the most we will pay for all "property damage" resulting from any one "accident" is $1,000,000. However, the amount we pay will be limited to the lesser of reasonable repair costs or replace-

COMMERCIAL AUTO

ment costs minus depreciation and the value of any loss of use..

2. Any amount we would otherwise pay for "property damage" will be reduced by any deductible shown in the Declarations prior to the application of our Limit of Insurance. To settle any claim, we will pay all or any part of the deductible shown. If this happens, you must reimburse us for the deductible or the part of the deductible we have paid.

### D. Changes In Conditions

The Conditions are changed for Property Protection Coverage as follows:

1. **Transfer Of Rights Of Recovery Against Others To Us** does not apply.

2. **Legal Action Against Us** *is amended by the* addition of the following:

   No action to recover property protection insurance may be brought against us more than a year after the "accident".

3. The following conditions are added:

   **Reimbursement And Trust**

   If we make any payment to a claimant who recovers from a party legally responsible for "property damage", the claimant shall hold the proceeds in trust for us and pay us back the amount we have paid. This requirement is subject to any applicable limitations of Michigan law.

   **Nonduplication**

   We will not pay duplicate benefits for the same expenses or loss.

   **Claimants Notice To Us**

   A claimant must promptly notify us of an "accident" and must tell us how, when and where the "accident" happened.

### E. Additional Definitions

As used in this endorsement:

1. "Auto" means a motor vehicle or trailer operated or designed for use on public roads but does not include a vehicle operated by muscular power, a vehicle with fewer than three wheels, a motorcycle, or a farm tractor or other implement of husbandry which is not subject to the registration requirements of the Michigan Vehicle Code.

2. "Family member" means a person related to you by blood, marriage or adoption, who is a resident of your household, including a ward or foster child.

3. "Occupying" means in, upon, getting in, on, out or off.

4. "Property damage" means damage to tangible property including the loss of use of such tangible property.

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

FILED DATE: 10/20/2020 5:01 PM    2020CH06383

COMMERCIAL AUTO

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BUSINESS AUTO EXTENSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

**GENERAL DESCRIPTION OF COVERAGE** – This endorsement broadens coverage. However, coverage for any injury, damage or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to the Coverage Part, and these coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. The following listing is a general coverage description only. Limitations and exclusions may apply to these coverages. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

A. **BROAD FORM NAMED INSURED**

B. **BLANKET ADDITIONAL INSURED**

C. **EMPLOYEE HIRED AUTO**

D. **EMPLOYEES AS INSURED**

E. **SUPPLEMENTARY PAYMENTS – INCREASED LIMITS**

F. **HIRED AUTO – LIMITED WORLDWIDE COVERAGE – INDEMNITY BASIS**

G. **WAIVER OF DEDUCTIBLE – GLASS**

H. **HIRED AUTO PHYSICAL DAMAGE – LOSS OF USE – INCREASED LIMIT**

I. **PHYSICAL DAMAGE – TRANSPORTATION EXPENSES – INCREASED LIMIT**

J. **PERSONAL PROPERTY**

K. **AIRBAGS**

L. **NOTICE AND KNOWLEDGE OF ACCIDENT OR LOSS**

M. **BLANKET WAIVER OF SUBROGATION**

N. **UNINTENTIONAL ERRORS OR OMISSIONS**

**PROVISIONS**

A. **BROAD FORM NAMED INSURED**

The following is added to Paragraph **A.1., Who Is An Insured**, of **SECTION II – COVERED AUTOS LIABILITY COVERAGE**:

Any organization you newly acquire or form during the policy period over which you maintain 50% or more ownership interest and that is not separately insured for Business Auto Coverage. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

B. **BLANKET ADDITIONAL INSURED**

The following is added to Paragraph **c.** in **A.1., Who Is An Insured**, of **SECTION II – COVERED AUTOS LIABILITY COVERAGE**:

Any person or organization who is required under a written contract or agreement between you and that person or organization, that is signed and executed by you before the "bodily injury" or "property damage" occurs and that is in effect during the policy period, to be named as an additional insured is an "insured" for Covered Autos Liability Coverage, but only for damages to which

this insurance applies and only to the extent that person or organization qualifies as an "insured" under the Who Is An Insured provision contained in Section II.

C. **EMPLOYEE HIRED AUTO**

1. The following is added to Paragraph **A.1., Who Is An Insured**, of **SECTION II – COVERED AUTOS LIABILITY COVERAGE**:

An "employee" of yours is an "insured" while operating an "auto" hired or rented under a contract or agreement in an "employee's" name, with your permission, while performing duties related to the conduct of your business.

2. The following replaces Paragraph **b.** in **B.5., Other Insurance**, of **SECTION IV – BUSINESS AUTO CONDITIONS**:

b. For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

(1) Any covered "auto" you lease, hire, rent or borrow; and

(2) Any covered "auto" hired or rented by your "employee" under a contract in an "employee's" name, with your

CA T3 53 02 15

© 2015 The Travelers Indemnity Company. All rights reserved.

Page 1 of 4

COMMERCIAL AUTO

FILED DATE: 10/20/2020 5:01 PM   2020CH06363

permission, while performing duties related to the conduct of your business.

However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

### D. EMPLOYEES AS INSURED

The following is added to Paragraph **A.1., Who Is An Insured**, of **SECTION II – COVERED AUTOS LIABILITY COVERAGE**:

*Any "employee" of yours is an "insured" while using a covered "auto" you don't own, hire or borrow in your business or your personal affairs.*

### E. SUPPLEMENTARY PAYMENTS – INCREASED LIMITS

1. The following replaces Paragraph **A.2.a.(2)**, of **SECTION II – COVERED AUTOS LIABILITY COVERAGE**:

   **(2)** Up to $3,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

2. The following replaces Paragraph **A.2.a.(4)**, of **SECTION II – COVERED AUTOS LIABILITY COVERAGE**:

   **(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $500 a day because of time off from work.

### F. HIRED AUTO – LIMITED WORLDWIDE COVERAGE – INDEMNITY BASIS

The following replaces Subparagraph **(5)** in Paragraph **B.7., Policy Period, Coverage Territory**, of **SECTION IV – BUSINESS AUTO CONDITIONS**:

**(5)** Anywhere in the world, except any country or jurisdiction while any trade sanction, embargo, or similar regulation imposed by the United States of America applies to and prohibits the transaction of business with or within such country or jurisdiction, for Covered Autos Liability Coverage for any covered "auto" that you lease, hire, rent or borrow without a driver for a period of 30 days or less and that is not an "auto" you lease, hire, rent or borrow *from any of your "employees"*, partners (if you are a partnership), members (if you are a limited liability company) or members of their households.

**(a)** With respect to any claim made or "suit" brought outside the United States of America, the territories and possessions of the United States of America, Puerto Rico and Canada:

   **(i)** You must arrange to defend the "insured" against, and investigate or settle any such claim or "suit" and keep us advised of all proceedings and actions.

   **(ii)** Neither you nor any other involved "insured" will make any settlement without our consent.

   **(iii)** We may, at our discretion, participate in defending the "insured" against, or in the settlement of, any claim or "suit".

   **(iv)** We will reimburse the "insured" for sums that the "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, that the "insured" pays with our consent, but *only up to the limit described in Paragraph C.*, Limits Of Insurance, of SECTION II – COVERED AUTOS LIABILITY COVERAGE.

   **(v)** We will reimburse the "insured" for the reasonable expenses incurred with our consent for your investigation of such claims and your defense of the "insured" against any such "suit", but only up to and included within the limit described in Paragraph **C.**, Limits Of Insurance, of SECTION II – COVERED AUTOS LIABILITY COVERAGE, and not in addition to such limit. Our duty to make such payments ends when we have used up the applicable limit of insurance in payments for damages, settlements or defense expenses.

**(b)** This insurance is excess over any valid and collectible other insurance available to the "insured" whether primary, excess, contingent or on any other basis.

**(c)** This insurance is not a substitute for required or compulsory insurance in any country outside the United States, its territories and possessions, Puerto Rico and Canada.

   © 2015 The Travelers Indemnity Company. All rights reserved.   CA T3 53 02 15

FILED DATE: 10/20/2020 5:01 PM    2020CH06383

You agree to maintain all required or compulsory insurance in any such country up to the minimum limits required by local law. Your failure to comply with compulsory insurance requirements will not invalidate the coverage afforded by this policy, but we will only be liable to the same extent we would have been liable had you complied with the compulsory insurance requirements.

(d) It is understood that we are not an admitted or authorized insurer outside the United States of America, its territories and possessions, Puerto Rico and Canada. We assume no responsibility for the furnishing of certificates of insurance, or for compliance in any way with the laws of other countries relating to insurance.

## G. WAIVER OF DEDUCTIBLE – GLASS

The following is added to Paragraph **D., Deductible**, of **SECTION III – PHYSICAL DAMAGE COVERAGE:**

No deductible for a covered "auto" will apply to glass damage if the glass is repaired rather than replaced.

## H. HIRED AUTO PHYSICAL DAMAGE – LOSS OF USE – INCREASED LIMIT

The following replaces the last sentence of Paragraph **A.4.b., Loss Of Use Expenses**, of **SECTION III – PHYSICAL DAMAGE COVERAGE:**

However, the most we will pay for any expenses for loss of use is $65 per day, to a maximum of $750 for any one "accident".

## I. PHYSICAL DAMAGE – TRANSPORTATION EXPENSES – INCREASED LIMIT

The following replaces the first sentence in Paragraph **A.4.a., Transportation Expenses**, of **SECTION III – PHYSICAL DAMAGE COVERAGE:**

We will pay up to $50 per day to a maximum of $1,500 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type.

## J. PERSONAL PROPERTY

The following is added to Paragraph **A.4., Coverage Extensions**, of **SECTION III – PHYSICAL DAMAGE COVERAGE:**

### Personal Property

We will pay up to $400 for "loss" to wearing apparel and other personal property which is:

(1) Owned by an "insured"; and

(2) In or on your covered "auto".

This coverage applies only in the event of a total theft of your covered "auto".

No deductibles apply to this Personal Property coverage.

## K. AIRBAGS

The following is added to Paragraph **B.3., Exclusions**, of **SECTION III – PHYSICAL DAMAGE COVERAGE:**

Exclusion **3.a.** does not apply to "loss" to one or more airbags in a covered "auto" you own that inflate due to a cause other than a cause of "loss" set forth in Paragraphs **A.1.b.** and **A.1.c.**, but only:

**a.** If that "auto" is a covered "auto" for Comprehensive Coverage under this policy;

**b.** The airbags are not covered under any warranty; and

**c.** The airbags were not intentionally inflated.

We will pay up to a maximum of $1,000 for any one "loss".

## L. NOTICE AND KNOWLEDGE OF ACCIDENT OR LOSS

The following is added to Paragraph **A.2.a.**, of **SECTION IV – BUSINESS AUTO CONDITIONS:**

Your duty to give us or our authorized representative prompt notice of the "accident" or "loss" applies only when the "accident" or "loss" is known to:

(a) You (if you are an individual);

(b) A partner (if you are a partnership);

(c) A member (if you are a limited liability company);

(d) An executive officer, director or insurance manager (if you are a corporation or other organization); or

(e) Any "employee" authorized by you to give notice of the "accident" or "loss".

## M. BLANKET WAIVER OF SUBROGATION

The following replaces Paragraph **A.5., Transfer Of Rights Of Recovery Against Others To Us**, of **SECTION IV – BUSINESS AUTO CONDITIONS:**

**5. Transfer Of Rights Of Recovery Against Others To Us**

We waive any right of recovery we may have against any person or organization to the extent required of you by a written contract signed and executed prior to any "accident" or "loss", provided that the "accident" or "loss" arises out of operations contemplated by

 © 2015 The Travelers Indemnity Company. All rights reserved.

COMMERCIAL AUTO

such contract. The waiver applies only to the person or organization designated in such contract.

**N. UNINTENTIONAL ERRORS OR OMISSIONS**

The following is added to Paragraph **B.2., Concealment, Misrepresentation, Or Fraud,** of **SECTION IV – BUSINESS AUTO CONDITIONS:**

The unintentional omission of, or unintentional error in, any information given by you shall not prejudice your rights under this insurance. However this provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

    © 2015 The Travelers Indemnity Company. All rights reserved.    CA T3 53 02 15

FILED DATE: 10/20/2020 5:01 PM    2020CH06383

# INTERLINE
# ENDORSEMENTS

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

# INTERLINE
# ENDORSEMENTS

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COMMON POLICY CONDITIONS – PROHIBITED COVERAGE – UNLICENSED INSURANCE AND TRADE OR ECONOMIC SANCTIONS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following is added to the Common Policy Conditions:

**Prohibited Coverage – Unlicensed Insurance**

1. With respect to loss sustained by any insured, or loss to any property, located in a country or jurisdiction in which we are not licensed to provide this insurance, this insurance does not apply to the extent that insuring such loss would violate the laws or regulations of such country or jurisdiction.

2. We do not assume responsibility for:

   a. The payment of any fine, fee, penalty or other charge that may be imposed on any person or organization in any country or jurisdiction because we are not licensed to provide insurance in such country or jurisdiction; or

   b. The furnishing of certificates or other evidence of insurance in any country or jurisdiction in which we are not licensed to provide insurance.

**Prohibited Coverage – Trade Or Economic Sanctions**

We will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose us or any of our affiliated or parent companies to:

1. Any trade or economic sanction under any law or regulation of the United States of America; or

2. Any other applicable trade or economic sanction, prohibition or restriction.

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

   "Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

   "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

    **(a)** Any "nuclear reactor";

    **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

    **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time

the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MICHIGAN CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** The **Cancellation** Common Policy Condition is amended as follows:

**1.** Paragraph **1.** is replaced by the following:

The first Named Insured shown in the Declarations may cancel this Policy by giving us or our authorized agent notice of cancellation.

**2.** Paragraph **3.** is replaced by the following:

We will mail or deliver our notice to the first Named Insured's last mailing address known to us or our authorized agent.

**3.** Paragraph **5.** is replaced by the following:

If this Policy is cancelled, we will send the first Named Insured any pro rata premium refund due. The minimum earned premium shall not be less than the pro rata premium for the expired time or $25.00, whichever is greater. The cancellation will be effective even if we have not made or offered a refund.

**B.** The following condition is added and supersedes any other provision to the contrary:

**Nonrenewal**

If we decide not to renew this Policy, we will mail or deliver to the first Named Insured's last mailing address known to us or our authorized agent written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing shall be sufficient proof of notice.

FILED DATE: 10/20/2020 5:01 PM 2020CH06383

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

# POLICYHOLDER NOTICES

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

# POLICYHOLDER NOTICES

# NOTICE TO MICHIGAN POLICYHOLDERS

THIS POLICY IS EXEMPT FROM THE FILING REQUIREMENTS OF SECTION 2236 OF THE INSURANCE CODE OF 1956, 1956 PA 218, MCL 500.2236.

FILED DATE: 10/20/2020 5:01 PM   2020CH06383

# IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

## STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE

ie authorized Michigan insurer shown below certifies that it has issued a commercial
licy complying with Act 294, P.A. 1972, as amended for the described motor vehicle.

| NIC #: | Company: CHARTER OAK FIRE INSURANCE COMPANY | |
| :5615 | ONE TOWER SQUARE, HARTFORD, CT 06183 | |
| licy Number | Effective Date | Expiration Date |
| \-4K075090-18-CAG | 01-01-18 | 01-01-19 |
| ar EET | Make/Model | Vehicle Identification Number |

sured   APPLE VALLEY NATURAL FOODS, INC.
        AND AS PER IL T8 03
        9067 US 31

        BERRIEN SPRINGS        MI 49103

ARNING KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to
oduce it upon a police officer's request, you will be responsible for a civil infraction.

person who supplies false information to the secretary of state under this section or who
sues or uses an invalid certificate of insurance is guilty of a misdemeanor punishable by
prisonment for not more than 1 year, or a fine of not more than $1000, or both.

AIDMI Rev. 12-11        See Important Notice On Reverse Side        **TRAVELERS**

## SECRETARY OF STATE'S COPY
## STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE

The authorized Michigan insurer shown below certifies that it has issued a commercial
policy complying with Act 294, P.A. 1972, as amended for the described motor vehicle.

| NAIC #: | Company: CHARTER OAK FIRE INSURANCE COMPANY | |
| 25615 | ONE TOWER SQUARE, HARTFORD, CT 06183 | |
| Policy Number | Effective Date | Expiration Date |
| BA-4K075090-18-CAG | 01-01-18 | 01-01-19 |
| Year FLEET | Make/Model | Vehicle Identification Number |

Insured  APPLE VALLEY NATURAL FOODS, INC.
         AND AS PER IL T8 03
         9067 US 31

         BERRIEN SPRINGS        MI 49103

WARNING KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to
produce it upon a police officer's request, you will be responsible for a civil infraction.

A person who supplies false information to the secretary of state under this section or who
issues or uses an invalid certificate of insurance is guilty of a misdemeanor punishable by
imprisonment for not more than 1 year, or a fine of not more than $1000, or both.

CAIDMI Rev. 12-11        See Important Notice On Reverse Side        **TRAVELERS**

## STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE

ie authorized Michigan insurer shown below certifies that it has issued a commercial
licy complying with Act 294, P.A. 1972, as amended for the described motor vehicle.

| NIC #: | Company: CHARTER OAK FIRE INSURANCE COMPANY | |
| :5615 | ONE TOWER SQUARE, HARTFORD, CT 06183 | |
| licy Number | Effective Date | Expiration Date |
| \-4K075090-18-CAG | 01-01-18 | 01-01-19 |
| ar EET | Make/Model | Vehicle Identification Number |

sured   APPLE VALLEY NATURAL FOODS, INC.
        AND AS PER IL T8 03
        9067 US 31

        BERRIEN SPRINGS        MI 49103

ARNING KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to
oduce it upon a police officer's request, you will be responsible for a civil infraction.

person who supplies false information to the secretary of state under this section or who
sues or uses an invalid certificate of insurance is guilty of a misdemeanor punishable by
prisonment for not more than 1 year, or a fine of not more than $1000, or both.

## SECRETARY OF STATE'S COPY
## STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE

The authorized Michigan insurer shown below certifies that it has issued a commercial
policy complying with Act 294, P.A. 1972, as amended for the described motor vehicle.

| NAIC #: | Company: CHARTER OAK FIRE INSURANCE COMPANY | |
| 25615 | ONE TOWER SQUARE, HARTFORD, CT 06183 | |
| Policy Number | Effective Date | Expiration Date |
| BA-4K075090-18-CAG | 01-01-18 | 01-01-19 |
| Year FLEET | Make/Model | Vehicle Identification Number |

Insured  APPLE VALLEY NATURAL FOODS, INC.
         AND AS PER IL T8 03
         9067 US 31

         BERRIEN SPRINGS        MI 49103

WARNING KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES: If you fail to
produce it upon a police officer's request, you will be responsible for a civil infraction.

A person who supplies false information to the secretary of state under this section or who
issues or uses an invalid certificate of insurance is guilty of a misdemeanor punishable by
imprisonment for not more than 1 year, or a fine of not more than $1000, or both.

## PENALTY FOR OPERATION WITHOUT INSURANCE

Michigan Law (MCLA 500.3101) requires that the owner or registrant of a motor vehicle registered in this state must have insurance or other approved security for the payment of no-fault benefits in the vehicle at all times. An owner or registrant who drives or permits a vehicle to be driven upon a public highway without the proper insurance or other security is guilty of a misdemeanor. A person convicted of such a misdemeanor will be fined not less than $200 nor more than $500, imprisoned for not more than 1 year, or both.

### IN CASE OF AN ACCIDENT
* Call Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

WARNING – when a named excluded person operates a vehicle all liability coverage is void – no one is insured. Owners of the vehicle and others legally responsible for the acts of the named excluded person remain fully personally liable.
CAIDMI (Back)

## PENALTY FOR OPERATION WITHOUT INSURANCE

Michigan Law (MCLA 500.3101) requires that the owner or registrant of a motor vehicle registered in this state must have insurance or other approved security for the payment of no-fault benefits in the vehicle at all times. An owner or registrant who drives or permits a vehicle to be driven upon a public highway without the proper insurance or other security is guilty of a misdemeanor. A person convicted of such a misdemeanor will be fined not less than $200 nor more than $500, imprisoned for not more than 1 year, or both.

### IN CASE OF AN ACCIDENT
* Call Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

WARNING – when a named excluded person operates a vehicle all liability coverage is void – no one is insured. Owners of the vehicle and others legally responsible for the acts of the named excluded person remain fully personally liable.
CAIDMI (Back)

## PENALTY FOR OPERATION WITHOUT INSURANCE

Michigan Law (MCLA 500.3101) requires that the owner or registrant of a motor vehicle registered in this state must have insurance or other approved security for the payment of no-fault benefits in the vehicle at all times. An owner or registrant who drives or permits a vehicle to be driven upon a public highway without the proper insurance or other security is guilty of a misdemeanor. A person convicted of such a misdemeanor will be fined not less than $200 nor more than $500, imprisoned for not more than 1 year, or both.

### IN CASE OF AN ACCIDENT
* Call Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

WARNING – when a named excluded person operates a vehicle all liability coverage is void – no one is insured. Owners of the vehicle and others legally responsible for the acts of the named excluded person remain fully personally liable.
CAIDMI (Back)

## PENALTY FOR OPERATION WITHOUT INSURANCE

Michigan Law (MCLA 500.3101) requires that the owner or registrant of a motor vehicle registered in this state must have insurance or other approved security for the payment of no-fault benefits in the vehicle at all times. An owner or registrant who drives or permits a vehicle to be driven upon a public highway without the proper insurance or other security is guilty of a misdemeanor. A person convicted of such a misdemeanor will be fined not less than $200 nor more than $500, imprisoned for not more than 1 year, or both.

### IN CASE OF AN ACCIDENT
* Call Travelers immediately.

  1-800-238-6225
  24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

WARNING – when a named excluded person operates a vehicle all liability coverage is void – no one is insured. Owners of the vehicle and others legally responsible for the acts of the named excluded person remain fully personally liable.
CAIDMI (Back)

# STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE

he authorized Michigan insurer shown below certifies that it has issued a **commercial** olicy complying with Act 294, P.A. 1972, as amended for the described motor vehicle.

AIC #: :5615    Company: CHARTER OAK FIRE INSURANCE COMPANY
ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| \-4K075090-18-CAG | 01-01-18 | 01-01-19 |

ear    Make/Model    Vehicle Identification Number
:EET

sured    APPLE VALLEY NATURAL FOODS, INC.
AND AS PER IL T8 03
9067 US 31

BERRIEN SPRINGS    MI 49103

ARNING KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to oduce it upon a police officer's request, you will be responsible for a civil infraction.

person who supplies false information to the secretary of state under this section or who sues or uses an invalid certificate of insurance is guilty of a misdemeanor punishable by prisonment for not more than 1 year, or a fine of not more than $1000, or both.

AIDMI Rev. 12-11    See Important Notice On Reverse Side.    **TRAVELERS**

---

SECRETARY OF STATE'S COPY

# STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE

The authorized Michigan insurer shown below certifies that it has issued a **commercial** policy complying with Act 294, P.A. 1972, as amended for the described motor vehicle.

NAIC #: 25615    Company: CHARTER OAK FIRE INSURANCE COMPANY
ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| BA-4K075090-18-CAG | 01-01-18 | 01-01-19 |

Year    Make/Model    Vehicle Identification Number
FLEET

Insured    APPLE VALLEY NATURAL FOODS, INC.
AND AS PER IL T8 03
9067 US 31

BERRIEN SPRINGS    MI 49103

WARNING KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to produce it upon a police officer's request, you will be responsible for a civil infraction.

A person who supplies false information to the secretary of state under this section or who issues or uses an invalid certificate of insurance is guilty of a misdemeanor punishable by imprisonment for not more than 1 year, or a fine of not more than $1000, or both.

CAIDMI Rev. 12-11    See Important Notice On Reverse Side    **TRAVELERS**

---

# STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE

he authorized Michigan insurer shown below certifies that it has issued a **commercial** olicy complying with Act 294, P.A. 1972, as amended for the described motor vehicle.

AIC #: :5615    Company: CHARTER OAK FIRE INSURANCE COMPANY
ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| \-4K075090-18-CAG | 01-01-18 | 01-01-19 |

ar    Make/Model    Vehicle Identification Number
.EET

sured    APPLE VALLEY NATURAL FOODS, INC.
AND AS PER IL T8 03
9067 US 31

BERRIEN SPRINGS    MI 49103

ARNING KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to oduce it upon a police officer's request, you will be responsible for a civil infraction.

person who supplies false information to the secretary of state under this section or who sues or uses an invalid certificate of insurance is guilty of a misdemeanor punishable by prisonment for not more than 1 year, or a fine of not more than $1000, or both.

---

SECRETARY OF STATE'S COPY

# STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE

The authorized Michigan insurer shown below certifies that it has issued a **commercial** policy complying with Act 294, P.A. 1972, as amended for the described motor vehicle.

NAIC #: 25615    Company: CHARTER OAK FIRE INSURANCE COMPANY
ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| BA-4K075090-18-CAG | 01-01-18 | 01-01-19 |

Year    Make/Model    Vehicle Identification Number
FLEET

Insured    APPLE VALLEY NATURAL FOODS, INC.
AND AS PER IL T8 03
9067 US 31

BERRIEN SPRINGS    MI 49103

WARNING KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to produce it upon a police officer's request, you will be responsible for a civil infraction.

A person who supplies false information to the secretary of state under this section or who issues or uses an invalid certificate of insurance is guilty of a misdemeanor punishable by imprisonment for not more than 1 year, or a fine of not more than $1000, or both.

## PENALTY FOR OPERATION WITHOUT INSURANCE

Michigan Law (MCLA 500.3101) requires that the owner or registrant of a motor vehicle registered in this state must have insurance or other approved security for the payment of no-fault benefits in the vehicle at all times. An owner or registrant who drives or permits a vehicle to be driven upon a public highway without the proper insurance or other security is guilty of a misdemeanor. A person convicted of such a misdemeanor will be fined not less than $200 nor more than $500, imprisoned for not more than 1 year, or both.

IN CASE OF AN ACCIDENT
* Call Travelers immediately.

1-800-238-6225
24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

WARNING – when a named excluded person operates a vehicle all liability coverage is void – no one is insured. Owners of the vehicle and others legally responsible for the acts of the named excluded person remain fully personally liable.
CAIDMI (Back)

## PENALTY FOR OPERATION WITHOUT INSURANCE

Michigan Law (MCLA 500.3101) requires that the owner or registrant of a motor vehicle registered in this state must have insurance or other approved security for the payment of no-fault benefits in the vehicle at all times. An owner or registrant who drives or permits a vehicle to be driven upon a public highway without the proper insurance or other security is guilty of a misdemeanor. A person convicted of such a misdemeanor will be fined not less than $200 nor more than $500, imprisoned for not more than 1 year, or both.

IN CASE OF AN ACCIDENT
* Call Travelers immediately.

1-800-238-6225
24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

WARNING – when a named excluded person operates a vehicle all liability coverage is void – no one is insured. Owners of the vehicle and others legally responsible for the acts of the named excluded person remain fully personally liable.
CAIDMI (Back)

## PENALTY FOR OPERATION WITHOUT INSURANCE

Michigan Law (MCLA 500.3101) requires that the owner or registrant of a motor vehicle registered in this state must have insurance or other approved security for the payment of no-fault benefits in the vehicle at all times. An owner or registrant who drives or permits a vehicle to be driven upon a public highway without the proper insurance or other security is guilty of a misdemeanor. A person convicted of such a misdemeanor will be fined not less than $200 nor more than $500, imprisoned for not more than 1 year, or both.

IN CASE OF AN ACCIDENT
* Call Travelers immediately.

1-800-238-6225
24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

WARNING – when a named excluded person operates a vehicle all liability coverage is void – no one is insured. Owners of the vehicle and others legally responsible for the acts of the named excluded person remain fully personally liable.
CAIDMI (Back)

## PENALTY FOR OPERATION WITHOUT INSURANCE

Michigan Law (MCLA 500.3101) requires that the owner or registrant of a motor vehicle registered in this state must have insurance or other approved security for the payment of no-fault benefits in the vehicle at all times. An owner or registrant who drives or permits a vehicle to be driven upon a public highway without the proper insurance or other security is guilty of a misdemeanor. A person convicted of such a misdemeanor will be fined not less than $200 nor more than $500, imprisoned for not more than 1 year, or both.

IN CASE OF AN ACCIDENT
* Call Travelers immediately.

1-800-238-6225
24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

WARNING – when a named excluded person operates a vehicle all liability coverage is void – no one is insured. Owners of the vehicle and others legally responsible for the acts of the named excluded person remain fully personally liable.
CAIDMI (Back)

## STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE

he authorized Michigan insurer shown below certifies that it has issued a **commercial** licy complying with Act 294, P.A. 1972, as amended for the described motor vehicle.

NIC #:    Company:   CHARTER OAK FIRE INSURANCE COMPANY
5615          ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| A-4K075090-18-CAG | 01-01-18 | 01-01-19 |

ear      Make/Model        Vehicle Identification Number
.EET

sured   APPLE VALLEY NATURAL FOODS, INC.
        AND AS PER IL T8 03
        9067 US 31

        BERRIEN SPRINGS       MI 49103

ARNING KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to oduce it upon a police officer's request, you will be responsible for a civil infraction.

person who supplies false information to the secretary of state under this section or who sues or uses an invalid certificate of insurance is guilty of a misdemeanor punishable by prisonment for not more than 1 year, or a fine of not more than $1000, or both.

AIDMI Rev. 12-11     See Important Notice On Reverse Side     **TRAVELERS**�external

---

SECRETARY OF STATE'S COPY

## STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE

The authorized Michigan insurer shown below certifies that it has issued a **commercial** policy complying with Act 294, P.A. 1972, as amended for the described motor vehicle.

NAIC #:    Company:   CHARTER OAK FIRE INSURANCE COMPANY
25615          ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| BA-4K075090-18-CAG | 01-01-18 | 01-01-19 |

Year      Make/Model        Vehicle Identification Number
FLEET

Insured   APPLE VALLEY NATURAL FOODS, INC.
        AND AS PER IL T8 03
        9067 US 31

        BERRIEN SPRINGS       MI 49103

WARNING KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to produce it upon a police officer's request, you will be responsible for a civil infraction.

A person who supplies false information to the secretary of state under this section or who issues or uses an invalid certificate of insurance is guilty of a misdemeanor punishable by imprisonment for not more than 1 year, or a fine of not more than $1000, or both.

CAIDMI Rev. 12-11     See Important Notice On Reverse Side     **TRAVELERS**ᴶ

---

## STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE

he authorized Michigan insurer shown below certifies that it has issued a **commercial** licy complying with Act 294, P.A. 1972, as amended for the described motor vehicle.

NIC #:    Company:   CHARTER OAK FIRE INSURANCE COMPANY
5615          ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| A-4K075090-18-CAG | 01-01-18 | 01-01-19 |

ear      Make/Model        Vehicle Identification Number
.EET

sured   APPLE VALLEY NATURAL FOODS, INC.
        AND AS PER IL T8 03
        9067 US 31

        BERRIEN SPRINGS       MI 49103

ARNING KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to oduce it upon a police officer's request, you will be responsible for a civil infraction.

person who supplies false information to the secretary of state under this section or who sues or uses an invalid certificate of insurance is guilty of a misdemeanor punishable by prisonment for not more than 1 year, or a fine of not more than $1000, or both.

---

SECRETARY OF STATE'S COPY

## STATE OF MICHIGAN CERTIFICATE OF NO-FAULT INSURANCE

The authorized Michigan insurer shown below certifies that it has issued a **commercial** policy complying with Act 294, P.A. 1972, as amended for the described motor vehicle.

NAIC #:    Company:   CHARTER OAK FIRE INSURANCE COMPANY
25615          ONE TOWER SQUARE, HARTFORD, CT 06183

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| BA-4K075090-18-CAG | 01-01-18 | 01-01-19 |

Year      Make/Model        Vehicle Identification Number
FLEET

Insured   APPLE VALLEY NATURAL FOODS, INC.
        AND AS PER IL T8 03
        9067 US 31

        BERRIEN SPRINGS       MI 49103

WARNING KEEP THIS CERTIFICATE IN YOUR VEHICLE AT ALL TIMES. If you fail to produce it upon a police officer's request, you will be responsible for a civil infraction.

A person who supplies false information to the secretary of state under this section or who issues or uses an invalid certificate of insurance is guilty of a misdemeanor punishable by imprisonment for not more than 1 year, or a fine of not more than $1000, or both.

FILED DATE: 10/20/2020 5:01 PM  2020CH06383

## PENALTY FOR OPERATION WITHOUT INSURANCE

Michigan Law (MCLA 500.3101) requires that the owner or registrant of a motor vehicle registered in this state must have insurance or other approved security for the payment of no-fault benefits in the vehicle at all times. An owner or registrant who drives or permits a vehicle to be driven upon a public highway without the proper insurance or other security is guilty of a misdemeanor. A person convicted of such a misdemeanor will be fined not less than $200 nor more than $500, imprisoned for not more than 1 year, or both.

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

    1-800-238-6225
    24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

WARNING – when a named excluded person operates a vehicle all liability coverage is void – no one is insured. Owners of the vehicle and others legally responsible for the acts of the named excluded person remain fully personally liable.
CAIDMI (Back)

## PENALTY FOR OPERATION WITHOUT INSURANCE

Michigan Law (MCLA 500.3101) requires that the owner or registrant of a motor vehicle registered in this state must have insurance or other approved security for the payment of no-fault benefits in the vehicle at all times. An owner or registrant who drives or permits a vehicle to be driven upon a public highway without the proper insurance or other security is guilty of a misdemeanor. A person convicted of such a misdemeanor will be fined not less than $200 nor more than $500, imprisoned for not more than 1 year, or both.

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

    1-800-238-6225
    24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

WARNING – when a named excluded person operates a vehicle all liability coverage is void – no one is insured. Owners of the vehicle and others legally responsible for the acts of the named excluded person remain fully personally liable.
CAIDMI (Back)

## PENALTY FOR OPERATION WITHOUT INSURANCE

Michigan Law (MCLA 500.3101) requires that the owner or registrant of a motor vehicle registered in this state must have insurance or other approved security for the payment of no-fault benefits in the vehicle at all times. An owner or registrant who drives or permits a vehicle to be driven upon a public highway without the proper insurance or other security is guilty of a misdemeanor. A person convicted of such a misdemeanor will be fined not less than $200 nor more than $500, imprisoned for not more than 1 year, or both.

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

    1-800-238-6225
    24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

WARNING – when a named excluded person operates a vehicle all liability coverage is void – no one is insured. Owners of the vehicle and others legally responsible for the acts of the named excluded person remain fully personally liable.
CAIDMI (Back)

## PENALTY FOR OPERATION WITHOUT INSURANCE

Michigan Law (MCLA 500.3101) requires that the owner or registrant of a motor vehicle registered in this state must have insurance or other approved security for the payment of no-fault benefits in the vehicle at all times. An owner or registrant who drives or permits a vehicle to be driven upon a public highway without the proper insurance or other security is guilty of a misdemeanor. A person convicted of such a misdemeanor will be fined not less than $200 nor more than $500, imprisoned for not more than 1 year, or both.

**IN CASE OF AN ACCIDENT**
* Call Travelers immediately.

    1-800-238-6225
    24 HOUR CLAIM REPORTING SERVICE

* Be sure to get name and address of each driver, passenger, and witness, and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

WARNING – when a named excluded person operates a vehicle all liability coverage is void – no one is insured. Owners of the vehicle and others legally responsible for the acts of the named excluded person remain fully personally liable.
CAIDMI (Back)